# Exhibit 2

CAUSE NO. 8701    *73135*

THE STATE OF TEXAS      X    IN THE DISTRICT COURT OF
                        X
VS.                     X    BASTROP COUNTY, TEXAS
                        X
RODNEY REED             X    21ST JUDICIAL DISTRICT

---

REPORTER'S RECORD
JURY TRIAL
PUNISHMENT PHASE/ SENTENCING

---

May 29, 1998

MORNING SESSION

VOLUME 67 OF **69**

FILED IN
COURT OF CRIMINAL APPEALS

SEP 9  1998

Troy C. Bennett, Jr., Clerk

ORIGINAL

1          On the 29th day of May, 1998, the

2    above entitled and numbered cause came on for

3    hearing before said Honorable Court, Harold R.

4    Towslee, Judge Presiding, and the following

5    proceedings were had:

6

7

8

9              Volme 67 of 69

10

11         SENTENCING HEARING

12

13         (PAGES 1 THROUGH 9)

14

15

16

17

18

19

20

21

22

23

24

25

APPEARANCES:

<u>For the State</u>

Mr. Charles Penick
District Attorney, Bastrop County
804 Pecan Street
Bastrop, Texas   78602
SBOT #015748500
(512) 321-2244


Mr. Forrest Sanderson
Assistant District Attorney
804 Pecan Street
Bastrop, Texas   78602
SBOT #17610700
(512) 321-2244


Ms. Lisa Tanner
Assistant Attorney General
P. O. Box 12548
Austin, Texas   78711-2548
SBOT #19637700
(512) 463-2170




<u>For the Defendant</u>

Mr. Calvin Garvie
Attorney at Law
22 N. Bell St., P. O. Box 416
Bellville, Texas   77418
SBOT #07714300
(409) 865-9781


Ms. Lydia Clay-Jackson
Attorney at Law
700 N. San Jacinto
Conroe, Texas   77301
SBOT #04332450
(409) 760-2889

# CHRONOLOGICAL INDEX

WITNESS                                    PAGE

APPEARANCES                                3


SENTENCING HEARING BEGINS                  5

COURT ADJOURNED                            8

COURT REPORTER'S CERTIFICATE               9

1  (Day 36, Morning Session, May 29th, 1998, Cause

2  Number 8701, the State of Texas versus Rodney

3  Reed.)

4

5                    (Sentencing of defendant.)

6

7                    THE COURT:  Let me get your

8  appearances on the record for sentencing.

9  Just tell me who you are.

10                   MS. TANNER:    Representing

11 the State of Texas, Mr. Charles Penick,

12 District Attorney, Lisa Tanner, Assistant

13 Attorney General as Assistant District

14 Attorney, and Forrest Sanderson, Assistant

15 District Attorney.

16                   MR. GARVIE:    Representing

17 Mr. Rodney Reed in this case is Calvin Garvie,

18 co-counsel of Rodney Reed along with Lydia

19 Clay-Jackson, and Mr. Reed is also present.

20                   THE COURT:  The verdict was

21 returned by the jury yesterday.  Is there any

22 reason why the Court should not pronounce

23 sentence at this time?

24                   MR. GARVIE:  No, Your Honor.

25                   THE COURT:  Anything from the

1    State before the Court pronounces sentence?

2                    MS. TANNER:    No, Your

3    Honor.

4                    THE COURT:    Pursuant to the

5    verdict of the jury then, the Court does

6    hereby sentence the defendant to death for the

7    murder of Stacey Stites.  The Court is going

8    to enter a judgment to that affect sometime

9    this morning.

10                   In the meantime, let me talk to you

11   about a couple of things.  The first thing

12   that comes to mind is counsel for the

13   defendant.  I have talked to your counsel for

14   trial, both of them have indicated to me that

15   they would prefer to have another lawyer

16   represent you on appeal, and I concur with

17   that opinion.  So I have appointed Mr. Larry

18   Urquhart to be your appellate lawyer.  He is

19   here, and hopefully you have met him, sir.  He

20   will take the case from here on to handle the

21   appeal.

22                   Let me ask your counsel before they

23   withdraw, is it still your opinion that Mr.

24   Mr. Reed is indigent?

25                   MR. GARVIE:    Yes, Your

1    Honor.

2                    THE COURT:  I believe he

3    would qualify for a court-appointed lawyer for

4    writ purposes also, and I will certify that

5    fact to the Court of Criminal Appeals.  Is

6    there anything else you would like to put on

7    the record today.

8                    MS. TANNER:   There is

9    nothing we would like to have on the record.

10   As we represented to the Court, we would like,

11   pursuant to the Code of Criminal Procedure to

12   permit the family of the victim to make a

13   statement to the defendant as is provided by

14   law.

15                   THE COURT:  Anything from the

16   defense?

17                   MS. CLAY-JACKSON:   Judge, we

18   would object to such a statement being made in

19   violation of Mr. Reed's rights.

20                   THE COURT:  Anything else for

21   the record.

22                   MS. CLAY-JACKSON:  No.

23                   THE COURT:  I'm going to

24   allow a relative -- or is it a relative of the

25   victim?

1                      MS. TANNER:  Yes.

2                      THE COURT: -- to make a

3 statement.  Pursuant to the rule the statement

4 will not be recorded, the court reporter will

5 not take it down, and Mr. Reed, if you want

6 to, you may be seated while the statement is

7 being made.  Who is going to make the

8 statement?

9                      MS. TANNER:  Mrs. Stites.

10                      THE COURT:  Mrs. Stites, you

11 may stand up and make your statement at this

12 time.

13

14                      (Statement made by Mrs.

15                      Stites.)

16

17                      THE COURT:  Mr. Reed, I'm

18 going to turn you over to the custody of the

19 sheriff and he'll take charge of you.  Good

20 luck to you, sir.  Thank you.

21

22                      (Whereupon the proceedings

23                      concluded.)

24

25

1  STATE OF TEXAS

2  COUNTY OF BASTROP

3          I, Carolee Murray, Official Court

4  Reporter in and for the 21st Judicial District

5  Court of Bastrop County, State of Texas, and Notary

6  Public for the State of Texas, do hereby certify

7  that the above and foregoing contains a true and

8  correct transcription of all the proceedings (of

9  all proceedings directed by counsel to be included

10  in the Statement of Facts, as the case may be), in

11  the above styled and numbered cause, all of which

12  occurred in open Court or in chambers and were

13  reported by me.

14          I further certify that this

15  transcription of the record of the proceedings

16  truly and correctly reflects the exhibits, if any,

17  offered by the respective parties.

18          WITNESS my hand this the 31st day of

19  August, 1998.

20  _Carolee Murray_
    Carolee Murray

21  Official Court Reporter
    335th Judicial District

22  Certification No. 1938
    Expiration Date 12-31-98

23  P.O. Box 2441
    Brenham, Texas  77834

24  (409) 277-0707

25  Taxable Court Cost: _54/200_