# Exhibit 3



June 25, 2021

**By Electronic and Overnight Delivery**

Andrew MacRae
LEVATINO | PACE PLLC
1101 S. Capital of Texas Hwy.
Building K, Suite 125
Austin, Texas 78746

      Re:   *State v. Reed*, No. 8701

Dear Andrew:

    This letter is to provide you with notice of statements made by potential witnesses to our prosecution team in preparation for the upcoming hearing:

- Suzan Hugen: Ms. Hugen, a former HEB employee, stated that she saw your client and Stacey Stites at the store on one occasion, maybe about a week before Stacey Stites's death. Ms. Hugen said that Stacey Stites introduced your client to her as a good or close friend and that they appeared friendly, giggling, and flirting. Ms. Hugen said that your client was with another man who was friends with the son of a woman who worked in the photo lab and that your client was friends with this woman's son as well. Ms. Hugen also believed that Stacey Stites would not have locked her seatbelt in the way it was found. She believes that she told this information to a man working security named "Paul," who was short, skinny, wore glasses, had salt-and-pepper hair, and may have worked for a police department. It was possibly Paul Alexander, but Ms. Hugen was not sure.

    You are being given this information in an abundance of caution to provide you anything that might conceivably be considered exculpatory or mitigating. The State does not vouch for the veracity of these statements.

                                    Regards,

                                    Matthew Ottoway
                                    Assistant Attorney General
                                    Assistant District Attorney
                                    Bastrop County, Texas