# Exhibit 4



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

June 25, 2021

**By Electronic and Overnight Delivery**

Andrew MacRae
LEVATINO | PACE PLLC
1101 S. Capital of Texas Hwy.
Building K, Suite 125
Austin, Texas 78746

      Re:   *State v. Reed*, No. 8701

Dear Andrew:

    This letter is to provide you with notice of witness interview summaries, which I've attached, created by the trial prosecution team in preparation for the underlying 1998 criminal prosecution. I discovered these summaries on Monday, June 21, 2021, and Tuesday, June 22, 2021. It was the first time I had seen them. In relevant part the summaries indicate that:

- Ron Haas stated that he had heard rumors at HEB that your client knew Stacey Stites and would sometimes visit her at HEB. Mr. Haas said that Andrew Cardenas might have mentioned that your client and Stacey Stites were acquaintances.
- Andrew Cardenas stated that Jose Coronado said he saw your client speaking with Stacey Stites at HEB and got the impression from Jose that your client and Stacey Stites knew each other. Mr. Cardenas denied seeing your client in the store or speaking with Stacey Stites.
- Jose Coronado denied telling anyone that your client came into HEB and visited with Stacey Stites.

    You are being given this information in an abundance of caution to provide you anything that might conceivably be considered exculpatory or mitigating. The State does not vouch for the veracity of these statements.

                                Regards,

                                Matthew Ottoway
                                Assistant Attorney General
                                Assistant District Attorney
                                Bastrop County, Texas

Ron Haas
Store Director HEB San Marcos
(Numbers on file in wit info file)

      Ron Haas was the Store Director at the HEB in Bastrop when Stacey was hired until the time she was murdered. Stacey was a productive and dedicated employee who had "found her niche" according to Haas.

      Stacey's hours varied slightly during the months prior to the murder. Corporate would have all of the scheduling information that is not in the case file. Stacey was a punctual employee who always told managers when she was late. Had she been late to work, the stock manager would have known because they have to let the early morning employees into the work area. Until 6:00 AM, the stock control manager lets each and every employee in through the front door. After the employees get inside they clock in on the computer. In the event that the computer is down, the employees sign in on a log sheet that is later entered into the computer by management.

      One month prior to the murder there were a lot of problems in the area around Wal-Mart, Little Caesar's and HEB. Kids were painting the walls and climbing up on the roofs of the buildings. Haas telephoned the Police and asked for extra patrols in fear of liability and damage to the property.

      On the morning of the murder, Andy Cardenas approached Haas and said that Stacey did not call in and that he had already telephoned her mother. Andy asked for permission to leave the store and retrace Stites' path to work in the event that she had car trouble on her way to work. Haas was not sure what time Andy asked for permission to go look for Stacey's pick-up.

      Soon after Andy went looking they telephoned the police.

      Ron Haas can be considered the Custodian of Records for any papers obtained regarding the Bastrop HEB.

      Charles Butt offered $50,000.00 reward for information in her death----common knowledge throughout the store among all employees.

      After Stacey's death HEB had Psychiatric help there for one week to help the employees cope with the tragedy.

      Haas never heard any specific information from employees that Reed and Stites knew each other. However, numerous rumors floated around that maybe they knew each other, or that Reed sometimes came into the store to visit with Stites. There were never any real details. Haas thought that Andy Cardenas might have been the one to mention the rumor that the two were casual acquaintances.

The family never sued the HEB chain but the store paid for her funeral. After the burial in Corpus Christi, Mrs. Stites telephoned and asked Haas if they were going to buy Stites' head stone as well. Haas knew that Stacey gave her mother much of her paycheck and felt that Carol Stites relied to heavily on that supplemental income.

Andrew Cardenas
(address and numbers in witness info. file)

Andrew still works at the HEB in Bastrop. At one time he switched to the store in Lockhart (for one year), but then came back to Bastrop. He has worked at the Bastrop HEB for a total of seven and a half years. (Some of this is from your notes and is somewhat sketchy--I wasn't in your office at that time.) Andrew never worked in the bakery.

Andrew has been the overnight manager for the past two and a half years. Currently his schedule requires that he arrive no later than 10 PM, and he leaves sometime during the early morning. He works Monday through Thursday and commutes from Lockhart. Andrew became the night manager soon after Stacey's murder. He was the backup produce manager when he returned to Bastrop from Lockhart. At the time of Stacey's disappearance, Andrew and Robert Amaya were the backup produce managers. It was in this capacity that Andrew got to know Stacey Stites, who also worked in the produce section. The back up produce managers help the employees set up the produce for the estimated customer flow.

Robert Amaya wrote out the schedule for all of the produce employees who worked early hours, including Jose Coronado, Oscar Caballero and Doug (LNU). Either Jose Coronado or Andrew worked with Stacey, depending upon how Robert wrote out the weekly schedule. Employees came in later on Sunday because the store opened later. (Oscar was the individual who made some sexual innuendos at Stacey.)

At the time of Stacey's murder, employees who came to work before the store opened had to tap on the metal door in order for the night manager to let them inside. Soon after Stacey's death, management installed a bell at the door that can be heard throughout the store.

On the mornings that Stacey and Andrew worked together, Stacey would generally wait in the parking lot for him and they would walk inside together. If Andrew arrived at work before Stacey, he would just walk on in without waiting for her. However, generally speaking Stacey would beat Andrew to work or they would get there at the same time. **Andrew never saw Stacey drive anything other than Jimmy's pickup truck.**

On April 23, 1996, Andrew recalled driving down 71 (at approximately 3:00 or 3:30 AM) and looking for Stacey's truck in the parking lot (from the stoplight). He noticed that she had not yet arrived at the HEB so he went on in the store. It was somewhat odd to Andrew, because he was used to seeing her vehicle in the parking lot. Andrew remembered that he arrived at work right on time that day.

When 5:00 AM rolled around, Andrew became concerned, partly because Stacey had never been late in the past. (Jose Coronado was not scheduled to work on April 23,

1996.) Between 5:00 and 6:00 AM, Andrew began asking fellow employees if they knew of a number for Stacey or her family. Eventually, Andrew spoke to Sandra (receiving lady) who located a number for Stacey's mother, Carol. Sandra dialed the phone and Andrew talked to Carol. When Andrew asked Carol where Stacey was, he heard her say that Stacey had already left. Andrew told Carol that Stacey did not arrive and she began to panic. He heard Carol yell for a "Jim" or a "Jimmy" over the phone. After Andrew spoke with Carol, he began letting people at the store know that something was wrong. He waited for Ron Haas to arrive and asked if he could have permission to drive Stacey's route in case she had some car trouble. Everyone was scared and worried. There was a sense of dread in the air.

When the police found Jimmy's truck, Andrew was already at home in bed. He was asleep when the news came on that Stacey had been found murdered. Andrew's wife woke him and told him the sad news.

The news of Stacey's death hit Andrew very hard and he had difficulty coping. Stacey was the second HEB partner that died tragically. A friend of Andy's from Lockhart was shot a few years ago. Andy had difficulty working for quite some time.

Stacey was a very hard worker; she always tried to out do Andrew and generally succeeded. She was very fast at stocking the produce. Even though they worked on different sides of the produce section and rarely talked about personally things, Andrew became very fond of Stacey during the time that she worked at HEB. (Typically, Stacey worked the green side and Andrew worked the tables.) The store manager, Ron Haas, always joked about Stacey and Andrew's on going competition in the produce section.

The $50,000.00 reward that was offered by Charles Butt was common knowledge throughout the store.

Generally speaking, employees who worked the early morning or night shifts parked near the front of the store for safety reasons.

After Stacey's death there were lots of rumors floating around the HEB. Jose Coronado said that he saw Rodney Reed come into the store and talk to Stacey. Andrew got the impression from Jose that Rodney and Stacey knew each other. Andy never saw the defendant in the store, much less talking to Stacey.

When employees arrived at work they would check in by signing onto the store computer. The internal clock made notations as to when each employee arrived at work. when the computer system was down, they would sign a log book. One of the managers would then enter the time card information into the computer once it was up and running.

If Stacey would have been late on any other day, Andrew would have noticed.. **When Stacey was not there, Andrew was always aware of her absence.**

**Jose Coronado**
**4-22-98**
**321-1011 (W)**
**321-2160 (H)**

Jose gave a statement to John Barton indicating knowledge of a relationship between David Lawhon and Stacey Stites. He also said that Stacey admitted dating David when Jose confronted her with the information.
During our previous conversations with some HEB employees (Ron Haas and Andrew Cardenas) information was obtained which suggested that Jose Coronado told co-workers that Rodney Reed used to come into the produce section of HEB and talked with Stacey on a regular basis.

Jose said that he never told anyone that Rodney Reed came into HEB and visited with Stacey. Likewise, he never saw the defendant come into the store and take her out to lunch. Jose worked with Stacey nearly every day and said that she was nice, friendly and an exceptionally hard worker. She was excited about her upcoming marriage to Jimmy Fennel and did not talk about any other men or relationships. Stacey was a good friend, according to Jose.

One day Jose asked Stacey about dating David Lawhon. He doesn't remember how they got onto that subject, but she admitted that they dated for a short time*. She also said that he was a "player" and only cared about how many girls he could date.

Jose never saw David's wife Alesha. She bears a striking resemblance to Stacey Stites. It's possible that he got her confused with Stacey, even though he says that David told him that the girl waiting by his truck was "Stacey". Jose knew of other "Staceys" David dated however.

Jose was well aware of the $50,000.00 reward offered by Mr. Butt. Everyone in the store knew about the money. He claims that he did not know that David Lawhon was a suspect in the murder of Mary Ann Arldt even though he gave his statement in June of 1996, a month after her murder and at least 10 days after his arrest.

Rocky called this guy a "Jr. Mrs. K".

He will be available to testify on behalf of the state if necessary.