# Exhibit 7



**ROBERTO J. BAYARDO, M.D.**
Diplomate of American Board
of Pathology
CHIEF MEDICAL EXAMINER

**ELIZABETH PEACOCK, M.D.**
Diplomate of American Board
of Pathology
DEPUTY MEDICAL EXAMINER

**OFFICE OF THE MEDICAL EXAMINER OF TRAVIS COUNTY**
1000 BRAZOS STREET, SUITE 100
P.O. BOX 1748
AUSTIN, TEXAS 78767
Tel: (512) 473-9599
Fax: (512) 473-9044

# MEDICAL EXAMINER'S REPORT

STACY STITES
BASTROP COUNTY, TEXAS

PA-96-0213

The post-mortem examination was performed by Roberto J. Bayardo, M.D., Chief Medical Examiner, beginning at 1:50 p.m., on 4-24-96, at the Travis County Morgue, Austin, Texas, under the written authorization of Katie B. Warnke, Justice of the Peace, Precinct 2, Bastrop County, Texas, and in the presence of Lt. David Campos, Deputy Jess Tippie, and Detective David Easley of the Bastrop County Sheriff's Office.

**EXTERNAL EXAMINATION:**
Submitted in a white plastic body bag was the nude body of a 19 year-old white woman measuring 67 inches in length and weighing approximately 150 pounds. The clothing had been previously removed. On the left knee there was left a black elastic brace. There was slight residual rigor mortis. There was posterior dependent lividity. The head was symmetrical and covered with light brown hair measuring up to 14 inches in length. At the top of the head there was a silver metallic hairclip. This was removed and preserved. Over the middle portion of the right side of the forehead there was a ¼ inch area of skin slippage which had become dry. There was mascara on the eyelashes. The corneas were partially opacified. The irides appeared to be blue. The conjunctivae were severely injected. There were soft clear contact

lenses in place. There was no petechia of the conjunctivae. The nose, lips and ears were intact. The lips were dry. The mouth contained natural teeth in good condition. The inner aspect of the lips and cheeks was free of injury. The left side of the face and left ear were covered with a post-mortem appearing, almost third degree burn. This area of burning measured 6 X 3 inches. The earlobes were pierced. The neck was short and thin. Across it there was an irregular ligature mark which extended from the posterior margin of one of the sternocleidomastoid muscles to the other. In the front of the neck this mark was below the level of the cricoid cartilage. This mark measured up to ¾ inch in width and had an irregular dry base. This ligature mark was composed of numerous close together angulated superficial linear abrasions. This mark had a similar pattern as to a that of a braided blue leather belt which was brought to the examination. This mark slanted toward the occipital region, but it was interrupted on the back of the neck. The chest was proportionate and symmetrical. The breasts were very large and firm. The nipples were flattened. On the lower medial portions of each of the breasts there were post-mortem appearing, almost third degree burns similar to the one on the face and measuring up to 3 inches in dimension. Closeby, there were areas of skin slippage. Across the lower portion of the left side of the chest and upper abdomen there were numerous, mainly oblique linear abrasions (scratches) measuring up to 4 inches in length. These appeared to have been caused by thorny or sharp brush branches. The abdomen was flat. There were white striae. There was a suprapubic 6 inch transverse linear scar. Scattered in the abdomen there were other post-mortem appearing abrasions and insect bites. The external genitalia were those of an adult woman. The pubic hair was female in distribution. It was shorter over the groins. The vulva and vaginal introitus was that of a non-virginal, marital type. There was no fresh injury. The lower extremities were symmetrically developed. Scattered on them there were post-mortem appearing multiple abrasions. In the anterior aspect of the left thigh there were six scattered fresh bruises up to ½ inch in dimension. On the medial aspect of the right knee and upper leg there was another post-mortem appearing second degree burn measuring 4 inches in greatest dimension. The toenails were covered with red nail polish. A M.E. tag was attached to the right great toe. The upper extremities were symmetrically developed. There were numerous post-mortem appearing abrasions and insect bites. In the anterior aspect of the middle portion of the right biceps there was a recent ½ inch bruise. On the anterior aspect of the lower portion of the left forearm there was another 3 inch area of post-mortem second degree burn. The back of the hands were extensively covered with post-mortem pitted abrasions. The fingernails were very short and no foreign material was evident. On the lateral aspect of the right elbow there was a pre-mortem appearing ½ inch abrasion. The back had extensive post-mortem appearing abrasions, dragging marks and insect bites. The anus was dilated and in its posterior margin there were multiple longitudinal linear abrasions.

SMEARS:
Vaginal smears have very few spermatozoa, heads and tails. Oral and rectal smears are negative for spermatozoa.

INTERNAL EXAMINATION:
The usual Y-shaped incision was made. The skin and subcutaneous tissue at the level of the umbilicus measured 1½ inches in thickness. The breast tissue was mainly adipose tissue. The rib cage was intact. The thoracic and abdominal cavities were free of fluid and adhesions. The thoracic and abdominal viscera were intact and in their usual anatomic relationships. The appendix was present.

HEART:
The heart weighed 320 grams. The epicardium was smooth and glistening. There was no petechia. The coronary arteries were normal in distribution and unremarkable. The myocardium was red-brown and flabby with dilatation of the cavities of both ventricles. The endocardium was thin and transparent. The heart valves were normal in size and in shape. The foramen ovale was closed. The coronary ostia were patent. The ascending aorta was elastic and pliable. The greater veins were thin-walled and patent. The cardiovascular system contained dark unclotted blood.

LUNGS:
The lungs weighed together 1200 grams. They were normal in size, shape and configuration. The pleural surfaces were smooth and glistening with a few scattered petechiae. The tracheobronchial tree contained an abundant amount of a frothy pink fluid. On sectioning of the lungs the cut surfaces were dark red-purple and severely congested.

LIVER:
The liver weighed 1410 grams and it was markedly congested. The gallbladder contained 40mls of bile.

SPLEEN:
The spleen was moderately enlarged weighing 320 grams. It was markedly congested.

KIDNEYS:
The kidneys weighed together 340 grams. They were symmetrical, normal in size and in shape and markedly congested. The ureters were intact. The urinary bladder contained a few mls of yellow cloudy urine. The internal genitalia were those of a parous woman. The vagina was intact and free of injury. The endometrium was early secretory. The ovaries were atrophic as seen with the use of contraceptive pills. The fallopian tubes were unremarkable.

PANCREAS AND ADRENAL GLANDS:
The pancreas was of normal size and shape. The cut surfaces were lobular, tan and firm. The adrenal glands showed a normal cortical-medullary distribution without focal lesions.

**GASTROINTESTINAL TRACT:**
The esophagus was lined by intact mucosa. The stomach contained a couple of ounces of a clear liquid. The rest of the gastrointestinal tract was unremarkable. The appendix was present. The rectum was intact and free of injury.

**ORGANS OF THE NECK:**
The cutaneous flap was reflected cephalad revealing mild crushing of the subcutaneous tissue in relation to the ligature mark. There was no injury to the strap muscles or to the throat. The thyroid gland was congested, normal in size and in shape. The laryngeal cartilages, the hyoid bone, the tongue and the cervical column were intact. The upper trachea and larynx contained an abundant amount of a frothy pink fluid. In the anterior margin of the subglottic region of the larynx there was a cluster of petechiae.

**HEAD:**
On reflection of the scalp there were numerous petechiae. In addition, there were ten bruises up to 1 inch in dimension. Some of these bruises were aligned in a semi-circular fashion, as the fingerknuckles of a hand. The calvarium, base of the skull and dura mater were intact. There was no intracranial hemorrhage. The brain weighed 1410 grams and it was symmetrical. At the base, there was uncal grooving and cerebellar coning. Over the convexity there was moderate flattening of the convolutions. Multiple coronal sections of the cerebrum, brain stem and cerebellum revealed an intact, symmetrical architecture with moderate congestion and edema. The pituitary gland was unremarkable.

**DIAGNOSES:**
1. Ligature strangulation.
2. Congestion and edema of lungs.
3. Congestion of viscera.
5. Linear abrasions of dilated anus.
6. Bruises of skin.
7. Post-mortem bruises, abrasions and burns.

**OPINION:**
It is my opinion, based upon the autopsy findings, that the decedent, STACY STITES, came to her death as a result of asphyxia due to ligature strangulation associated with sexual assault.

ROBERTO J. BAYARDO, M.D.
Chief Medical Examiner

RJB:sc



ROBERTO J. BAYARDO, M.D  
Diplomate of American Board  
of Pathology  
Chief Medical Examiner

Tel: (512) 473-9599

**OFFICE OF THE MEDICAL EXAMINER OF TRAVIS COUNTY**  
Travis County Courthouse  
P. O. Box 1748  
Austin, Texas 78767

## //TOXICOLOGICAL FINDINGS\\

CASE NUMBER: FA96-0213　　　　　　　　　　　　DATE: 04/26/96

DECEDENT: STITES　　　　: STACY　　　　　　　:  
　　　　　Last　　　　　　　First　　　　　　　MI

VOLATILES (Includes ethanol, methanol, isopropanol, and acetone).  
　　BLOOD: NEGATIVE  
　　URINE:  
　　BILE : NEGATIVE  
　VITREOUS:  
　　OTHER:

ACID/NEUTRAL DRUGS (Includes Anticonvulsants, Antihypertensives, and Sedative-Hypnotics).  
　　RESULTS: BLOOD - NO DRUG DETECTED

ALKALINE DRUGS (Includes Antidepressants, Benzodiazepines, Cocaine, Narcotic Analgesics, Stimulants, & Tranquilizers).  
　　RESULTS: BLOOD - NO DRUG DETECTED

MISCELLANEOUS: URINE IA - NO AMPHETAMINE, COCAINE METABOLITE, OPIATE, BENZODIAZEPINE, BARBITURATE, OR CANNABINOID DETECTED

　　　　　　SWABS FOR ACID PHOSPHATASE  
　　　　　　　VAGINAL - POSITIVE  
　　　　　　　RECTAL  - NEGATIVE  
　　　　　　　ORAL    - NEGATIVE

COMMENT/OPINION:

*[signature]*

ROBERTO J. BAYARDO, M.D.　　　　　　　　ELIZABETH PEACOCK, M.D.  
CHIEF MEDICAL EXAMINER　　　　　　　　　DEPUTY MEDICAL EXAMINER