# Exhibit 10

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 18 of 42

Stacy was the type of person that might even go for a ride with somebody she really didn't know. On one occasion she even went out for a drink with another employee, Kevin Kaspar.

3:00 p.m.    Sara Moore, Close Friend
             709 Spring St.
             Bastrop, Tx 78602
             321-1700

Sara moved to Bastrop from Maryland about 2 years ago. Met Stacy through a mutual friend, Heather McBryar who lives in Smithville, Texas. Heather and Stacy went to high school together. Sara met Stacy at a party. Said Stacy was a very friendly and outgoing person who didn't care what others thought about her. She was very blunt and outspoken. She was a very tuff and feisty person. Heather and Stacy got into an argument over some rumors. As a result their relationship separated a little. Heather and Stacy hadn't talked since. Sara advised she didn't want to take sides because she was going to move in with Heather. Heather wanted to attend Stacy's wedding but didn't want to ask Stacy. Sara last spoke with Stacy over the phone. It was about a week before she was killed. The conversation was regular and brief. Stacy didn't mention having any problems. At one time Stacy mentioned an ex-boyfriend who was very violent towards her. He was very possessive and jealous. He was going to move to Houston, Texas. Stacy told her the boyfriend last called her in January 1996. They dated each other when Stacy lived in Corpus Christi, Texas. The guy was the father of her son. Sara also mentioned Stacy dated a guy named John who lived in Smithville. Stacy dated him before she got together with Jimmy Fennel. John babied Stacy to much and annoyed her. Stacy also mentioned an ex-boyfriend who lived in California and he was coming down to visit her. Stacy didn't tell Jimmy Fennel.

Stacy was very much a flirt, but was very much in love with Jimmy Fennel. Sara believes Stacy, or any other person would have an affair if they thought they could get away with it. When Sara went out with Stacy it would be just the two of them and Heather McBryar. Sara said guys liked being around Stacy because she was so outgoing. Stacy confided mostly with her mother and Heather McBryar. Stacy liked to play sports, mostly softball and she liked to work-out.

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 19 of 42

They went bowling every so often but for the most part they didn't leave Bastrop. Sara believes **Haley Hogan** was pretty good friends of Stacy. Haley has a boyfriend named **Henry** who drives a white Camero. Henry was a rude person.

Stacy was referred to as "The Girl" at Coverts. **Chris Cook, Kevin Kaspar and Bruce Fennel** were all Covert employees. Chris Cook had been asking a lot of questions about Stacy. Kevin Kaspar and Stacy went out to lunch a few times. Stacy said she really had a crush on Kevin, but he never put the make on her. She got frustrated with him because of that. Kevin confided in Stacy and told her his girl problems. Kevin is planning on marring a girl he got pregnant.

**Investigator's Observation;**

Sara left the office. I observed her sitting in her car obviously upset and crying. About 20 minutes later she returned and advised she had been getting obscene calls to her pager. The calls started a couple of days after Stacy's murder. The caller is believed to be a black male. Sara said he showed up at their work in Austin, but she wasn't there at the time. The calls occur at all hours of the night.

**May 16th**

2:55 p.m.        Haley Hogan  7/27/78; Close Friend/HEB
                 91 Cassel Way
                 Bastrop, Tx 78603
                 303-3033

Haley is a life long resident of Bastrop County and has known Stacy about 2 years. They became closer friends when Stacy started working for HEB in Bastrop. Haley has also been working at HEB since last August (1995). Haley states that Stacy and her ex-boyfriend **John Lastivica** didn't get along very well and she referred to him as a jerk. John is currently in the military stationed in California and has been gone for several months. Stacy worked all the time and didn't have much time to go out with her friends. Saw her two days before she was murdered. Stacy never mentioned having problems with anybody and seemed pretty happy. Stacy mentioned that she endured constant sexual harassment while working at Coverts. She never mentioned names. Stacy acted happy about the marriage to her current boyfriend. Haley met him at HEB on two occasions.

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 20 of 42

Being a female HEB employee you are always subjected to sexual harassment. The men are always saying sexual things, pointing and looking in a sexual way. Stacy was also friends with Haley's ex-boyfriend, **Henry Young**. Haley said that Stacy and **Heather Mc Bryar** were on the outs because of their friendship. **John Lastovica** was the oddball of the group. He was kind of two faced. Some even thought he was gay. He was jealous of girls who dated his friends and was always trying to wreck their relationships.

Stacy worked 40 hours a week and when she wasn't working she was at home with Jimmy or her mother. Stacy was a happy person. She always had a smile. She was very mature for her age. Haley could see how some guys might mistake her friendship for flirting, but that was the way she was. Haley thinks the person responsible for Stacy's death is somebody she knew, like a stocker or ex-boyfriend. She would have had to know the person well enough to allow that person to get that close to her. She wouldn't let just anybody in her truck. Stacy was the type of person that would have fought back. Rumor has it that the killer is a black HEB stocker that got off work about the time Stacy arrived. Rumor: **Chris Haynes** was at Farmco on S.H. 95 on the morning Stacy was killed bragging. He was saying that he did something to her. He is a drug dealer. Rumor: The boyfriend did it.

4:45 p.m.        Kevin Kaspar: Friend & Coverts Emp.
                 507 Pahihi
                 Bastrop, Tx 78602

Met Stacy when she started working for Coverts. They went to lunch a few times. Stacy was very easy to get along with and she was very outspoken. Knows nothing negative about Stacy. She was pretty much friends with all employees. Nobody at work had a crush, or took an active interest in Stacy, except for **Mike Kirby**. They had a father daughter type relationship. Never heard anybody make sexual comments about Stacy. Kevin knew Jimmy Fennel, Stacy's current boyfriend. He came to pick up Stacy a few times. He dropped his car off a few times to have it worked on.

**Page 21 of 42**

Kevin suggested we might look at **Thomas Avery, Lisa Avery's husband.** Thomas didn't treat Lisa very well and he hung around with Stacy. Lisa and Thomas fought all the time and Thomas had been in trouble with the police a few times. Kevin didn't really like him because of the way he treated people. Stacy mentioned having problems with an ex-boyfriend that lived in Corpus Christi, Texas but did say what kind of problems they had. Stacy was always talking about her up coming marriage to Jimmy. Kevin last saw Stacy a couple of weeks before her death.

**May 17th**

9:00 a.m.          Tino Marino
                   HEB Employee Georgetown, Tx

Tino met Stacy during a week long HEB training seminar. Didn't know her before then and has seen her only a few times since. Once at HEB and twice at Wal Mart. Stacy talked mostly about her fiancee.

While at seminar they went to lunch together one time. Stacy talked quite a bit with another 22 or 23 year old male who was also attending the seminar. Stacy stayed in contact with an employee named **Lawanda**. Last saw her in Wal Mart about 2 or 3 months ago. Stacy was a good open person. She had a very outgoing personality. She was committed to her fiancee. She liked horses. Tino never asked her out. Stacy never mentioned any problems with boyfriends or anybody else. Tino learned of Stacy's murder from **Susan Byars**, another Georgetown HEB employee. Tino thinks Stacy was pretty street smart and would not have stopped for anybody. Nobody at the HEB store kept in contact with Stacy except for Susan Byars.

10:20 a.m.         Susan Byars   08/09/55: HEB Emp.
                   806-A Judy
                   Georgetown, Tx
                   Ph # 869-6205

Knew Stacy through HEB training seminar. They never stayed in touch. While at the seminar Stacy talked about how she didn't like the long drive to and from the seminar. She was excited about her up-coming marriage. While at the seminar she hung around Tino. Stacy was a nice girl. Susan found out about Stacy's death from the news.

4

042596: ON THIS DATE, I SAT IN ON AN INTERVIEW OF JIMMIE FENNEL,
THE FINANCE OF THE VICTIM.  HE SAID THAT THE LAST TIME HE SAW STACY WAS
THE NIGHT BEFORE SHE DIED.  HE SAID THAT SHE WENT TO BED AT ABOUT
8:30 TO 8:40 P.M.  HE SAID THAT HE STAYED UP WATCHING THE DISCOVERY
CHANNEL.  HE RELATED THAT HE WENT TO BED AT ABOUT 9:00 P.M.  FENNEL
SAYS THAT STACY'S ROUTINE WAS TO GET UP AT ABOUT 3:00 A.M. AND LEAVE
WITHOUT EATING BREAKFAST.  SHE MADE IT A HABIT NOT TO WAKE HIM WHEN
SHE LEFT FOR WORK.  AS FAR AS HE KNOWS, SHE LEFT AT THE SAME TIME ON
THE 23RD THAT SHE NORMALLY DID, 3:30 A.M.

FENNEL SAYS THAT AT ABOUT 6 TO 7 A.M. STACY'S MOM CALLED HIM AND
ASKED HIM IF STACY WAS HOME.  HE SAID THAT HE TOLD HER THAT SHE HAD
GONE TO WORK.  HE WAS TOLD THAT SHE HAD NOT SHOWN UP AT WORK.  HE SAID
THAT HE THEN GOT DRESSED AND DROVE THE ROUTE SHE NORMALLY DID, AND
DID NOT LOCATE ANY SIGN OF HER.  HE THEN CALLED THE SHERIFF'S DEPARTMENT,
AND A WELFARE CONCERN BROADCAST WAS THEN MADE.  THE VEHICLE WAS LOCATED
IN A PARKING LOT BEHIND THE VOCATIONAL BUILDING AT BASTROP HIGHT SCHOOL.
FENNEL SAID THAT HE MET STACY AT THE SMITHVILLE JAMBOREE ABOUT A YEAR
AGO WHILE HE WAS WORKING THE EVENT.  HE SAID THEY DATED, AND WHEN HE
WENT TO WORK FOR THE GIDDINGS POLICE DEPARTMENT HE AND STACY MOVED
IN TOGETHER.  HE SAID THAT STACY'S MOM MOVED INTO THE SAME APARTMENT
COMPLEX TO BE CLOSE TO STACY.  SHE MOVED INTO THE APARTMENT DIRECTLY
BELOW FENNEL'S.  HE SAID THAT STACY TOLD HIM ABOUT SOME GUYS THAT
SHE KNEW THAT STILL WANTED TO DATE HER.  HE SAID THAT SHE TURNED THEM
DOWN SINCE SHE HAD STARTED DATING HIM.  JIMMY FENNEL STATED THAT THE
LAST TIME HE AND STACY HAD SEX WAS ON THE SATURDAY BEFORE STACY'S
DEATH (04/20/96).

FENNEL SAID THAT ONE OF THE NAMES THAT STACY MENTIONED WAS A PERSON
BY THE NAME OF JOHN THAT HUNG AROUND COVERT CHEVROLET.  HE SAID THAT
MIKE KIRBY MAY KNOW HIS NAME.  MIKE KIRBY IS THE SERVICE MANAGER OF
THE COVERT SERVICE DEPARTMENT.  HE SAID THAT STACY DATED ANOTHER
INDIVIDUAL NAMED JERRY THAT WORKED AT WAL-MART AND WAS GOING THROUGH
A DIVORCE.  HOWEVER, HE SAID THAT "JERRY" AND HIS WIFE GOT BACK
TOGETHER AND MOVED TO ARKANSAS ABOUT FIVE MONTHS AGO.  HE SAID THAT
STACY TOLD HIM THAT SHE DATED JERRY TWICE.

STACY WAS BORN IN CORPUS.  AT THE AGE OF 15, SHE GOT PREGNANT BY AN
OLDER BOY NAMED GREGORY CORNER.  MOTHER AND STACY DECIDED THAT SHE
SHOULD PUT THE BABY UP FOR ADOPTION.  THE BOYFRIEND DID NOT KNOW THAT
SHE HAD A BABY.  MOM WAS CONVINCED BY HER BROTHER RAY HORTON TO MOVE
TO BASTROP.  HORTON MOVED STACY AND HER MOM TO SMITHVILLE AND WERE
LIVING ON HORTON'S PROPERTY.  THERE WAS SOME SORT OF DISAGREEMENT
BETWEEN STACY'S MOM AND HER BROTHER.  SO THEY MOVED OFF THE PROPERTY.
(HAVE TO FIND OUT WHAT THE PROBLEM WAS).  ACCORDING TO FAMILY MEMBERS,
SHE DID NOT MAKE CONTACT WITH GREGORY AFTER SHE LEFT CORPUS.

DURING THE COURSE OF THE INVESTIGATION, WE RECEIVED INFORMATION
THAT STACY HAD HAD TROUBLE WITH ONE OF THE NEIGHBORS THE MONDAY
PRIOR TO HER DEATH.  I SPOKE WITH PEGGY ELSE.  SHE IS A RESIDENT
OF THE APARTMENT COMPLEX THAT STACY LIVES IN.  SHE SAID THAT THE MONDAY
BEFORE HER DEATH STACY HAD BEEN HAVING PROBLEMS WITH THE MALE
RESIDENTS OF APARTMENT #610.  SHE SAID THAT THEY HAD MADE CRUDE AND
VULGAR COMMENTS TO HER AND THAT STACY HAD COMPLAINED ABOUT IT TO THE

```
RUN DATE.   7/01/97    * BASTROP COUNTY SHERIFF'S OFFICE *         PAGE: 11
  0096 33350                       INCIDENT REPORT
```

KIRBY STATES THAT HE SAW THE VICTIM APPROXIMATELY THREE (3) WEEKS, PRIOR TO HER DEATH, AND THAT SHE WANTED HIM, KIRBY, TO GIVE HER AWAY AT HER WEDDING, TO WHICH HE AGREED TO DO.

KIRBY WAS ASKED TO VOLUNTARILY GIVE A BLOOD, HAIR, AND SALIVA SAMPLE, HE AGREED TO DO SO. HE WAS GIVEN A CONSENT FORM, AND SIGNED IT IN FRONT OF WITNESSES. BLOOD, HAIR, AND SALIVA WERE TAKEN BY JAIL, MEDICAL PERSONELL. THE SAMPLES WERE SUBMITTED TO THE D.P.S. LAB, BY THIS OFFICER ON 051096.

BARTON 309

---

ITEMS INCLUDED:
    SIGNED CONSENT FOR SEARCH AND SEIZURE
    COPY OF PHYSICAL EVIDENCE SUBMISSION FORM (KIRBY)

HOMICIDE
051696
SUPPLEMENT

ON 051696, I WAS CONTACTED BY DETECTIVE HOFFMAN FROM FAYETTE COUNTY, REFERENCE THIS CASE. FRANK TOLD ME THAT HE WAS IN WEST POINT THE OTHER DAY, WHEN HE WAS ASKED BY A WHITE MALE NAMED JOHNNY EARL MCCOY JR., ███████████, ███████████████████████ 138 E. STATE LOOP 543, WEST POINT, TX 78963, PH #409-242-3946, 5'11", 120 LBS, BROWN HAIR AND BLUE EYES, IF HE KNEW IF THEY, MEANING BASTROP COUNTY, HAD FOUND STACEY STITES' KILLER. FRANK SAID THAT HE DID NOT KNOW TOO MUCH ABOUT THE CASE, SO HE TOLD JOHNNY THAT HE DID NOT KNOW, AND THAT JOHNNY TOLD HIM THAT HE KNEW STACEY, AND THAT HE HAD DATED HER, AND THAT THE LAST TIME THAT HE HAD SEEN STACEY WAS WHEN THEY BROKE UP ABOUT SIX TO EIGHT (6-8) MONTHS AGO. HE TOLD FRANK THAT HE DATED STACEY, AND KNEW HER REAL GOOD.

FRANK TOLD ME THAT JOHNNY IS KIND OF SQUIRRELY, AND HOLD GRUDGES, AND DOES RETALIATE WHEN SOMEONE MAKES HIM MAD. JOHNNY WAS ARRESTED FOR DEADLY CONDUCT, WHERE HE HAD BEEN FIRED BY TWO DIFFERENT BUSINESSES, AND THESE TWO BUSINESSES WERE SHOT-UP BY JOHNNY, AND A RUNNING BUDDY OF JOHNNY'S, WILLIAM THOMAS TURNER, AKA "BILLY," WHITE MALE, ███████████, ████████████████████████, BLUFF VIEW MOBILE HOME PARK #1, LAGRANGE, TX 78945, PH #409-968-8678, 5'08", 125 LBS, BROWN HAIR AND EYES. BOTH JOHNNY AND WILLIAM WERE ARRESTED FOR DEADLY CONDUCT AND BURGLARIES. JOHNNY DRIVES AN EMERALD GREEN FORD PICKUP, 95 TO 96 MODEL. BILLY DRIVES A BLACK CHEVY PICKUP, 95-96 MODEL. BOTH OF THEM ARE ON PROBATION FOR DEADLY CONDUCT.

FRANK SAID THAT JOHNNY GOES TO BASTROP, AND THE SURROUNDING AREAS ALL OF THE TIME. FOR ANY MORE QUESTIONS ABOUT EITHER OF THESE SUBJECTS CALL FRANK HOFFMAN AT #409-968-5868.

FLORES 123

---

HOMICIDE
060496
SUPPLEMENT

CCC012

**BASTROP COUNTY SHERIFF'S DEPARTMENT**   CASE # 96-3350

OFFENSE REPORTED: Homicide
DATE OF REPORT: 6-18-96
☒ SUPPLEMENT ☐ NARRATIVE

6-18-96 John Jason Conwell came to the S.O. at this officers request. Upon arrival Conwell was given the standard Miranda warning and consented to talk with this officer.

Conwell states that he started dating Stacey in early 1995. They dated for 4 to 5 months before going their separate ways. Subject Conwell could not add any additional information to this investigation. He was then requested to consent to give samples of blood, hair, and saliva for analysis. He agreed to do so and the samples were taken by jail medical personnel and will be submitted to Texas Crime Lab.

Full ID on Conwell is:

John Jason Conwell w/m 21
[redacted]
260 3rd Ave.
Smithville TX    PH # 237-2537

ENTERED JUN 2 6 1996

CASE CLEARED BY: ☐ ARREST ☐ EXCEPTIONALLY — 1. Victim Deceased / 2. Victim Refused to File / 3. Forward to D.A. — Inv. Final ☐ UNFOUNDED
☐ INVESTIGATION TO CONTINUE   ☒ END OF REPORT (CASE COMPLETE)
REPORTING OFFICER: ____  I.D. # 307
APPROVED BY: SGT. ____  I.D. # ____
INVESTIGATOR ASSIGNED: ____  I.D. # ____
000043                                                    BCSOSUPP 1/96

7

**BASTROP COUNTY SHERIFF'S DEPARTMENT**   CASE # 96-3350

OFFENSE REPORTED: Homicide
DATE OF REPORT: 7-2-96
☒ SUPPLEMENT ☐ NARRATIVE

7-2-96

Met with the following subject:

Robert Campion W/M 22
Rt #1, Box 34, Smithville TX

Subject was given the Miranda warning and agreed to talk with this officer.

Subject states he met Stacey Stites in 1993 just after she moved to Smithville from Corpus Christi. He stated she was pregnant at the time. They dated for a short time and then broke-up just before the child was born. He stated that Stacey went back to Corpus Christi to have the child. He dated her again around the end of April 1996. They dated for about 1 month and then parted as friends. He states they never had sex while they were dating. After that he saw her about once a month at the H.E.B. when he bought groceries. The last time he saw her was 2 months before her death.

Campion consented to give a sample of his blood, saliva and hair. These will be submitted to D.P.S. lab.

ENTERED JUL 0 8 1996 KV

Baker 7/8/96
J.C.

CASE CLEARED BY:
☐ ARREST
☐ EXCEPTIONALLY
  ___ 1. Victim Deceased
  ___ 2. Victim Refused to File
  ___ 3. Forward to D.A. – Inv. Final
☐ UNFOUNDED

☒ INVESTIGATION TO CONTINUE   ☐ END OF REPORT (CASE COMPLETE)
REPORTING OFFICER: _____ I.D. # 309
APPROVED BY: SGT. _____ I.D. # ____
INVESTIGATOR ASSIGNED: _____ I.D. # ____

BCSOSUPP 1/96

CASE NUMBER: 96-3350

# BASTROP COUNTY SHERIFF'S DEPARTMENT
## DETECTIVE DIVISION
## SUPPLEMENTARY INVESTIGATION REPORT

OFFENSE: HOMICIDE.

VICTIM/COMPLAINANT: STATE OF TEXAS.

On 5-16-96, I was contacted by Detective Hoffman from Fayette County reference this case. Frank told me that he was in West Point the other day when he was asked by a white male named:
JOHNNY EARL MCCOY JR

138 E. STATE LOOP 543 - WEST POINT, TX. 78963    409-242-3946
5-11  120  BROWN  BLUE

if he knew if they, meaning Bastrop County had found Stacey Stites killer. Frank said that he did not know too much about the case so he told Johnny that he did not know and that Johnny told him that he knew Stacey and that he had dated her and that the last time that he had seen Stacey was when they broke up about six to eight months ago. He told Frank that he dated Stacey and knew her real good.
Frank told me that Johnny is kind of squirrely and holds grudges and does retaliate when someone makes him mad. Johnny was arrested for Deadly Conduct where he had been fired by two different business and these two businesses were shot up by Johnny and a running buddy of Johnny's, being:
WILLIAM THOMAS TURNER -- AKA BILLY

BLUFF VIEW MOBILE HOME PARK #1 LAGRANGE, TX. 78945  409-968-8678
5-08  125  BROWN  BROWN

Both Johnny and William were arrested for Deadly Conduct and burglaries.
Johnny drives an emerald green Ford pickup 95 to 96 model.
Billy drives a black Chevy pickup 95 to 96 model.
Both of them are on probation for Deadly Conduct.
Frank said that Johnny goes to Bastrop and the surrounding areas all the time. Any more questions about both of these subjects, call Frank Hoffman at 409-968-5868.

CASE CLEARED BY:

[ ] ARREST    [ ] EXCEPTIONALLY CLEARED/CODE. [ ]    [ ] UNFOUNDED    [x] INVESTIGATION TO CONTINUE
[ ] END OF REPORT    [ ] WARRANT ISSUED

DETECTIVE: R. FLORES, ID# 123/1313              DATE: 5-03-96-
APPROVED BY: _____Walker_____              DATE: 5/25/96

000069

ENTERED MAY 2 7 1996

9

AFFIDAVIT OF FACTS  96-3350

**INVESTIGATOR'S COPY**

Before me the undersigned authority, personally appeared this date, one **Jerry L. Ormand Jr.**, who, after being duly sworn, did depose and say: My full name is **Jerry L. Ormand Jr.** My date of birth is: ▓▓▓▓▓, my social security number is: ▓▓▓▓▓ and I reside at: **Rt. 2 Box 148BT Bastrop, Tx**. My phone number is: **512-303-5048**, I am employed at: **Union Pacific Rail Road**

On May 28, 1996 around 4:20 p.m. I arrived at the Bastrop Police Department at the request of Police Investigator David Board and was interviewed by him and Texas Ranger Rocky Wardlow regarding my relationship with Stacy Stites and David Lawhon.

I began my relationship with Stacy around the middle part of May and the latter part of April 1995. I was introduced to her by my friend Michael Williams and his wife Carrie during a Dance at Watterson Hall. That same night my wife caught me and Stacy walking out together, but at that time there was nothing to our relationship. My wife Sammi Ormand and I were having martial problems and had separated several times.

My relationship with Stacy was very brief. We went out together several times over a two month period. During this time I would met Stacy in Smithville and we would go ridding. At the time I was working nights at Wal Mart and Stacy would stop by to visit. She was a nice girl and I really liked her a lot, but I didn't love her. I was not obsessed or infatuated with her at all. We were just friends.

Sometime around the last part of April 1995 Stacy and I had sex together for the first and last time. We were parked in my truck under the rail road crossing bridge in Smithville. Sometime after that Stacy mentioned she was being tested every so often for the aids virus.

The last time I went out with Stacy was on her high school graduation night. This was the night Stacy ended the relationship. She said it was because her mother didn't like me. She said it wasn't that her mother didn't like me, she didn't like the fact I was a married man. The last time I saw Stacy was when I went shopping at HEB. She was working there as a cashier and I would go through her line to check out. That was sometime during last summer of 1995.

I guess I met David Lawhon sometime around September of 1992 when he came to work at Wal Mart. David was a nice guy who liked to drink. I don't know if he drank a lot. But if he had it he would drink it, and if he had money he would buy it. I don't know if he did drugs or anything. I never saw him and he never mentioned it. David was a regular kind of guy. Somebody I allowed to watch my child. The only thing I didn't like about him was his lying. He would constantly lie about little things. He would say he would meet me somewhere and not show up. He would say he didn't have money, when he really did.

My wife and I stopped hanging out with David over a year ago when he and his girlfriend Daniella broke up. I don't know Daniella's last name. As far as I know David treated Daniella and his other girlfriends all right. I never knew of him hitting, beating or becoming violent with any of them. He never really told me about his relationships.

Continue to page 2

000110

10

Page 2 of 2
Statement of Jerry L. Ormand Jr.

I don't know if David and Stacy ever met. I never introduced them and actually I stopped hanging out with David way before I met Stacy. I heard rumor that they worked together at Covert Chevrolet but I don't know that for a fact. David nor Stacy never mentioned knowing each other.

I last seen David around May 13th or 14th of 1996. I saw him pumping gas into his blue panel work truck at the Farmco on highway 95. I didn't stop to talk or anything I just waived as I went by. The next thing I knew he was at my house. I guess he stopped by to see how I was doing or something. While David was there I told him I was having problems with my air conditioner and he but some freon in it. And in return I bought him some beer. We stayed at the house talking. We drank a few beers and he played one game of horseshoes. I even asked him if he heard about Stacy. David never responded. He just looked at me and said nothing. He just kind of blew it off I guess. My wife said he looked different, kind of cold, but I didn't notice. While he was there he spent alot of time in his work truck talking on the phone. He said he was talking to his wife. After that he left and I hadn't seen him since. The last time I saw him before that was at the Rockne Bazaar last year.

I did not have anything to do with Stacy Stites' murder and I have no idea who killed her. On that night, April 22, 1996 I was home with my wife and two kids. I have never been in Stacy's red truck therefore my prints will not be found there.

I understand because of my relationship with Stacy Stites and David Lawhon I am currently a suspect. I order to clear my name, I hereby consent to giving samples of my blood, pubic and head hairs, along with a set of my palm and finger prints. And if requested I will submit to a polygraph test. I have been informed that I have a constitutional right not to give such samples. This written permission is being given by me voluntary and without threats or promises of any kind.

This statement was typed by Investigator David Board and is true and correct to the best of my knowledge.

_Jerry Ormand Jr._
Signature

Sworn to and subscribed before me this 29th day of May____, 1996

DAVID L. BOARD
Notary Public, State of Texas
My Commission Expires
JAN. 10, 1998

_signature_
Notary Public in and for the
State of Texas

000111

11

AFFIDAVIT OF FACTS  96-3350

**INVESTIGATOR'S COPY**

Before me the undersigned authority, personally appeared this date, one **Sammi M. Ormand**, who, after being duly sworn, did depose and say: My full name is **Sammi M. Ormand**. My date of birth is: _____, my social security number is: _____; and I reside at: **Rt. 2 Box 148 BT Bastrop, TX**. My phone number is: **512-303-5048**; I am employed at: **Wal Mart**.

My name is Sammi M. Ormand and I was asked to make this statement regarding my knowledge of Stacy Stites to Bastrop Police Investigator David Board.

I first saw Stacy Stites walking out of Watterson Hall with my husband Jerry Ormand. This was around the last week of February 1995. My husband and I were having martial problem at that time. He was suppose to be working at Wal Mart that night but when I called there they told me he was not working. I knew then he was at Watterson Hall. I drove out to Watterson and parked next to my husband's truck. While waiting in the car I saw him walk out with this girl, I later found out was Stacy. When Jerry saw me he walked over and asked me what I was doing. He wanted to know why I was following him or checking up on him. I think I asked him what he was doing with that girl or something like that. I don't remember what he said, but he did say he would meet me at home.

Later that night while at home he told me that he wasn't happy with or our marriage. We agreed to separate and he moved in with his parents while I stayed home with our two girls. The separation didn't last very long before he moved back. We separated about three times within a ten months period. I don't know if he was seeing Stacy at that time. I don't think he was. I know they probably saw each other from time to time but I don't think they were actually dating.

I first met Stacy face to face on Mother's Day of 1995. My husband and I were at the Oyster Bar when I saw this look on Jerry's face. I looked over and saw Stacy sitting at the table. At first I didn't know it was her. I asked some friends and they told me the girl was Stacy. I walked up to her and told her I would appreciate it if she would leave my husband alone. I told her that my husband and I were having martial problems and that we had two daughters and I just wanted her to leave him alone. She told me she was married and that she didn't need my husband. Stacy was very drunk at the time. She acted like she understood what I was saying but several times during the evening she walked right in front of me and Jerry. I heard Stacy tell this girl that she was going to take my husband to bed. After that night I never saw her again. I'm sure Jerry saw her a couple of times afterwards. I don't know when they stopped talking. I do know that around December of 1995 Jerry spoke to Stacy at HEB. I know this because I found a grocery receipt with her name on it.

On July 22, 1992 Jerry started working for Wal Mart in Bastrop and met David Lawhon. They became pretty good friends and a few times David and his girlfriend Daniella Wells came to or house. We even we out dancing a couple of times. David and Daniella didn't stay together long. David didn't care to much for Daniella. Daniella is remarried and she now goes by the last name of Ingals.

Continue to page 2

SMO

000112

12

Page 2 of 2
Statement of Sammi M. Ormand

I don't know if David ever met Stacy Stites. I know he and my husband work together but that was three years before my husband ever met Stacy. I heard rumor that David and Stacy worked together at Coverts but I don't know that for a fact.

The last time I seen David was about a week before the Elgin Lady was found. I hadn't seen him in a long time and all the sudden he was there putting freon in our air conditioner. Jerry said something about seeing David at Farmco on 95 and mentioned that we were having problems with our air conditioner or something like that. I'm not sure if David followed him home and then Jerry told him about the air conditioner, or if they met at Farmco and Jerry told him.

David came in the house for just a few minutes. We made eye contact and he didn't look like the same David. He looked kind of cold, like something was really bothering him. I didn't get a chance to talk to him before he left.

Before then it's been over a year since I've seen David. I don't know the last time Jerry saw David. If Jerry had seen David he never mentioned it. David lives relatively close to us. He lives on highway 95 between Elgin and Bastrop and we live behind him in Lake Bastrop Acres.

The day after Stacy's death my husband called me from home like he does ever day when he gets home from work. I asked him how he was doing and he told me he had gotten some bad news today. I told him that I already knew and I asked him how he felt about it. I don't remember what he said but I knew that he was upset. I had heard about her death before Jerry but didn't say anything to him because we were trying to put her behind us. In fact I wasn't for sure if it was the same girl, and I didn't want to bring it up if it wasn't.

On of April 22, 1996, and during the early morning hours of the 23rd, Jerry was home with me and our two children who are 7 and 3 years old. Jerry get up around 6:00 a.m. and leaves the house at 6:30 a.m. He works for Union Pacific Rail Road in Smithville, Texas. He drives a blue 1994 Ford F150. I drive a red 1993 Ford Excel four door.

This statement was typed by Investigator David Board and is true and correct to the best of my knowledge.

_Sammi M. Ormand_
Signature

Sworn to and subscribed before me this 28th day of May, 1996

_[signature]_
Notary Public in and for the
State of Texas

DAVID L. BOARD
Notary Public, State of Texas
My Commission Expires
JAN. 10, 1998

000113

13

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 22 of 42

1:25 p.m.         Lisa Avery   10-24/68
                  PO Box 196
                  Red Rock, Tx
                  321-9656

Lisa advised she met Stacy while working together at Coverts. During that time they ran around together. After work they would go shopping together at Wal Mart in Bastrop. Stacy's boyfriend, Jimmy seemed real nice and Stacy really liked him. Lisa felt he was a little possessive. He would get upset if she wasn't home on time. Stacy was a big flirt.

At one time she dated this married guy named Jerry who worked at Wal Mart. She met him at a dance. Jerry's wife also worked at Wal Mart. Jerry's wife made the statement to another Calvary Church member that she would put Stacy six feet under if she didn't quit messing with her husband. Jerry gave Lisa the creeps. Lisa advised Jerry always asked about Stacy when ever she saw him in Wal Mart. Stacy talked very little about her baby that she gave up for adoption. Guys from Coverts were always asking Stacy out. Lisa and Stacy parted over $ 20.00 that Lisa loaned Stacy.

Stacy got in trouble at Coverts for always hanging out with Mike Kirby. At first everybody thought they were messing around with each other. The general manager put a stop to it. Stacy told Lisa a lot of her secrets. About her baby and his father. She fell in love with her babies father. He was in his early 20's. After she broke up with Jerry, the Wal Mart guy she started going out with Jimmy Fennel. This was sometime around May 1, 1995. Stacy wanted to move in with Jimmy. Lisa advised her husband Thomas Avery told her that Stacy once hit on him. Avery works as a sub-contractor for Hoskins Electric. Lisa stated he was the type of person that wanted you one minute, and didn't the next. After Stacy quite Coverts she stopped by a few times to visit friends, but didn't talk to Lisa. Stacy always seemed real happy and acted as though she wanted her job back. Jimmy Fennell really didn't like her working around all the guys.

Stacy liked to drink. She followed the band Lost Wolf. At one time Stacy did drugs. Crystal and X. Stacy really wanted to get married and settle down.

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339  MURDER
INVESTIGATOR
DAVID L. BOARD

Page 39 of 42

3:45 p.m.      Gilbert Galindo    10/7/71  HEB Emp.
                10016 Uriah Dr.
                Elgin, Tx 78621
                5120272-4016

    Gilbert has worked as a meat cutter for the Bastrop HEB for the past two years. He knew Stacy as an employee and saw her a couple of nights a week when he worked in the deli department. Doesn't know of any problems between Stacy, her boyfriend, or employees. Gilbert knew Stacy was getting married. He didn't know Stacy when she worked up front as a cashier.. On April 23rd Gilbert was working the 5:00 a.m. to 1:00 p.m. shift. His wife dropped him off. He didn't see anybody in the parking lot and didn't notice Stacy's trucked. Doesn't even know what she drives. Doesn't know if there were any employees that were suppose to be there, that weren't. When he got to work he noticed Andy Cardenas looked confused and worried because Stacy hadn't shown up. This was sometime around 5:00 a.m. Stacy had a good personality.

4:10 p.m.      Heather Flanagan  5/10/77:
                Friend/HEB Emp.
                908 Emile St. # 9
                512-321-3726

    Heather has worked part-time for HEB for the past 3 years. Mostly in the service department, as a checker and as a sacker. Knew Stacy form the time she came to work for HEB. Stacy never really talked about her ex-boyfriends. Stephanie Brookins knew most of them. Heather did know Dwight, unknown last name. Thinks he was about 19 or 21 years old and thinks he went to school with Stacy.. Stacy never mentioned having any problems with boyfriends. She did say that Jimmy was a jealous type person who didn't like her talking with other guys. They canceled their wedding. Stacy never said why. Heather didn't thing Jimmy loved Stacy as much as Stacy loved him. heather and Stacy didn't associate away from work. Stacy didn't like the flirting from other guys at work. She said that Frank Campian was hitting on her and she was worried that Jimmy might see him. It really bothered her. Frank didn't sign the sympathy card for Stacy's mother like all the other employees did.

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 40 of 42

When Heather asked him if he wanted a button with Stacy's picture on it he said "no" in a very defensive way. Everybody else wore one even if they didn't know Stacy. Even the people that worked in Franks crew wore one. Heather last saw Stacy the Sunday before her death. Stacy was working in the produce department. Didn't notice anything unusual about Stacy. She was her normal self.

Heather heard from **Stephanie Brookins** that an ex-boyfriend was very upset at Stacy because he was to get back with her, but found out she was engaged to be married. Stacy really didn't have a life outside of work She was always with Jimmy or her mother.

**May 23rd         Investigation**

**2:36 p.m.**   I was contacted by **Trooper Bob Thorp** who advised he worked a motor vehicle accident involving an HEB employee, **Rodney Wayne Moore** on April 20, 1996. Three days before Stacy's murder. Thorp advised the accident occurred at the intersection of FM 1441 and SH 95. And Moore lived on Ash St. which was not that far from where Stacy's body was found. Thorp advised Moore's personality really got to him. He appeared to be very much a mothers boy. Thorp listed the following factors as concerns that he felt needed to be referred to investigators working the case: Moore works at HEB, dominated by his mother, lacked self-esteem, and probably knew Stacy.

BASTROP POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTAL REPORT
CASE No. 96-04-0339 MURDER
INVESTIGATOR
DAVID L. BOARD

Page 23 of 42

2:20 p.m.     Tami R Hannath 2/11/79: Friend
PO Box 81
Smithville, Tx

Tamie met Stacy in high school about 4 or 5 years ago. They had a "funny" relationship but were close friends. Tami last saw Stacy around Christmas 1995. In high school Stacy and Tami hung around a small group of friends. **Ricky Ingram, Shannon Snow, and Kathy Vacek.** After graduation everybody kind of split up. Tami and Stacy talked on the phone a lot until Stacy moved to Giddings. After that Stacy didn't seem to have much time to call. Stacy was a very outgoing person. She was very friendly and would look out for others. Stacy dated a Smithville boy, **Jeremiah Smith.**

Last heard he lived in Spring Prairie, Texas. They had a good relationship. Stacy never mentioned any problems. Stacy also went out with **Robert Campian** a couple of times and dated **John Lastovica** for about 5 or 6 months. They seemed to have a good relationship. John is currently in the Army and hasn't been in town since August or September (1995). Jimmy Fennell got upset with Stacy when he found out she was going out with her friends. Thinks Jimmy even slit her tires. Jimmy wouldn't let her talk on the phone with her friends. Stacy always said she loved Jimmy. They would set wedding dates, then call it off.

Didn't think Jimmy ever beat Stacy or anything. If he did Tami thinks she would have told her. Stacy went to work at Brookshire Brothers in Smithville on the day it opened. Rumor has it that a black guy at HEB killed Stacy. He hadn't been to work since. Also that Jimmy Fennell confessed and had planted evidence. Also ex-boyfriend Jason. He was very upset at the funeral. Said he was going to kill the person who did it.

BARTON 309

HOMICIDE
020497
SUPPLEMENT

THIS OFFICER LEARNED FROM THE VICTIM'S MOTHER THAT A SUBJECT ID AS:
                       RONNIE REVEAL W/M
                       DOB 011864
HAD WORKED WITH THW VICTIM WHEN SHE WAS EMPLOYED AT BROOKSHIRE BRO'S
IN SMITHVILLE. THE MOTHER ALSO STATES THAT THE SUBJECT WENT TO WORK
FOR WALMART IN BASTROP WHILE STACEY WAS WORKING AT H.E.B..
THE SUBJECT WAS LOCATED WORKING FOR WALMART IN SAN MARCOS AND WAS
CONTACTED BY THIS OFFICER AND RANGER WARDLOW ON 020397 AT HIS PLACE OF
EMPLOYMENT. THE SUBJECT WAS GIVEN THE STANDARD MIRANDA WARNING AND
AGREED TO TALK WITH OFFICERS.
HE STATED THAT HE MET STACEY WHEN THEY WERE EMPLOYED AT BROOKSHIRE BRO.
IN SMITHEVILLE.HE AGAIN MET HER AFTER HE TRANSFERRED TO WALMART IN
BASTROP. HE STATES THAT HE HAD GONE TO H.E.B. ON A WEDNESDAY TO CHECK
PRICES ON PRODUCE AND MET HER IN THE PRODUCE DEPT.. AFTER THAT ON
WEDNESDAYS WHEN HE WOULD CHECK PRICES AT H.E.B. HE WOULD HAVE COFFEE
WITH STACEY.HE STATED THAT SHE SEEMED DOWN QUITE A BIT AND HE ASKED HER
WHAT WAS WRONG. SHE TOLD HIM THAT HER AND HER BOYFRIEND WERE HAVING
PROBLEMS. AND ALSO THAT THE BOYFRIEND HAD A VIOLENT TEMPER.THE LAST TIME
HE SAW STACEY WAS ABOUT A WEEK BEFORE SHE WAS KILLED.
SUBJECT WAS ASKED IF HE WOULD CONSENT TO A BOLLD,HAIR AND SALIVA TEST
TO WHICH HE CONSENTED. THE SAMPLES WERE DRAWN AT THE HAYS COUNTY JAIL
MEDICAL FACILITY AND ARE IN POSSESSION OF THIS OFFICER.THEY WILL BE
SUBMITTED TO DPS LAB FOR ANAYLSIS.

BARTON 309
****************************************************************
HOMICIDE
020697
SUPPLEMENT

020597 BLOOD,HAIR AND SALIVA SAMPLES OF RONNIE REVEAL WERE SUBMITTED
TO DPS LAB FOR ANAYLSIS.

BARTON 309

HOMICIDE
02-97
SUPPLEMENT

IN FEBRUARY OFF 1997 THIS OFFICER CONTACTED HAYNES' MOTHER, MOLLIE
LAWHON.  SHE STATES THAT HAYNES HAD HITCH HIKED TO PONTIAC MICHIGAN.
MRS. LAWHON STATED TAHT HAYNES' NATURAL FATHER LIVES THERE.  SHE
PROVIDED THE FOLLOWING NAME AND ADDRESS:
   KENNETH HAYNES   1619 JOSLYN   PONTIAC, MICHIGAN
ON 031197 THE MICHIGAN STATE POLICE WERE CONTACTED BY RANGER WARDLOW.
WARDLOW SPOKE WITH SGT. MONFETTE AND EXPLAINED THAT WE WERE WORKING A
HOMICIDE AND THAT BRIAN HAYNES WAS A SUSPEDT.  MONFETTE WAS PROVIDED
INFORMATION AS TO THE LOCATION HE MIGHT FIND HAYNES AND THAT WE WERE
REQUESTING BLOOD,HAIR,AND SALIVA SAMPLES.  SGT. MONFETTE STATED HE WOULD

000026

409-542-4301

Stacy & Jimmie argued on nite before Homicide.
Jimmy had keys to car —
(Jealous of everyone)

(5:15am woke up crying) Truck was gone

Called Jimmy just before (1-1-86 / 6:45 / 6:47am)
Left from Gidding
Had Stacy's car keys to mother's car —
Stacey got car key from Carol

000623

19