# Exhibit 12

BASTROP POLICE DEPARTMENT
SUPPLEMENTAL REPORT

BPD Case No. 96040339
Capital Murder (PC 19.03) Capital Felony
Victim: STITES, Stacey

Page -2-
Interview with Jimmy Fennell (Continued)

When asked if he knew the exact time that Stacey left for work today, Jimmy said he did not. Sometimes when she leaves, he will wake up, but he does not remember her leaving this morning. I asked if she would stop at a convenient store or service station to get something to eat or drink on her way to work and again he said that she was too paranoid to do even that. Her typical routine was to get a glass of water from the kitchen before leaving for work and taking it with her. That way she did not have to make any stops on the way.

I asked about her stopping for gas on the way to work and Jimmy said that he always gassed up the truck the night before, because here again, she was too afraid to even stop for gas. He had, in fact, just filled the gas tank last evening and the truck should have a full tank of gas in it. It was later determined that Jimmy had not filled the truck up the previous night, but another night. He corrected this with Sheriff's Department Investigators during a later interview.

Asked about how he knew that Stacey had not shown up for work this morning, Jimmy said that he got a call from Stacey's mother this morning telling him that the store (HEB) had called her asking why Stacey was late for work. Stacey's mother called Jimmy and Jimmy checked the apartment and Stacey was not there. The light was on in the kitchen and he believes she took a glass of water to work with her, thus the reason for the light being on. When Jimmy told Stacey's mother that she was not home, her mother reported her missing to the police.

Note: Jimmy is currently a police officer for the Giddings Police Department and before that was employed at the Bastrop County Sheriff's Department.

The interview was terminated at 9:55 AM and Jimmy left the Police Department with Investigator Ed Salmela to view the victim's truck to see if anything was missing or out of place. We were looking for clues as to what may have happened to Stacey. The truck had been secured at BASCO Wrecker Service on Chestnut St. (see Investigator Ed Salmela's supplemental report concerning the recovery of victim's truck). Jimmy had a key to the truck and the key was used by Salmela to open the doors, so a visual inspection could be made of the interior by Jimmy. (It had already been decided that the truck would be taken to the DPS lab for processing).

After Jimmy returned to the police department with Salmela, I questioned him about the truck. He said that Stacey had her own key to the truck, as well as a key to their apartment and her mother's apartment. They were on an elongated type key ring that had a quick disconnect, instead of a round key ring. The keys have not been located in the truck at this time because the truck has been preserved for processing. Investigator Salmela opened the center console and Jimmy said that his checkbook should have been inside, but that he did not see it. (I told Jimmy that upon his return to Giddings, he needed to contact the bank and have his checking account flagged in the event that someone may attempt to cash some of the checks from his checkbook).

(Continued on page -3-)

000477

Report Made By: R.V. Duncan (850)

1

| CONTINUATION | | | | |
|---|---|---|---|---|
| | DATE: 11-27-96 | | PAGE: 17 | |
| FILE TITLE | FILE NO. | TYPE | | PROGRAM CODE |
| CAPITAL MURDER - FC | RHQ96025 | C | | CRIMINAL |
| BASTROP COUNTY - 011 | ACTIVE_X_INACTIVE___CLOSED___RESTRICT___ | | | |
| STACEY STITES, W/F | | | | |
| 04-23-96 | BY: L. R. WARDLOW, SGT. | | | |

74. Information was developed which indicated a w/m described as being in his 50's with graying hair had been sleeping in an older model brown van in the HEB parking lot every night for the last few months. Investigators identified the individual as Dillon Kirk GRUBB, a w/m, DOB 01-21-38. KIRK lists a home address as Rt 1 box 171 K Elgin, Texas. KIRK drives a brown 1983 Dodge van with Texas LP FRW-04L. KIRK was unable to provide additional information.

75. On 4/25/96, writer along with investigators CAMPOS and BARTON interviewed the fiancee of the victim, Jimmy FENNELL. FENNELL is a police officer for the city of Giddings and was formerly employed by the Bastrop County Sheriff Department as a jailer. The following is a synopsis of that interview:

FENNELL met Stacey STITES in April 1995 at the Smithville Jamboree. STITES was a senior at Smithville High School. FENNELL was employed by the BCSO as a jailer. In late May or early June they began dating. STITES graduated and shortly afterward, STITES and her mother moved to Bastrop. STITES took employment with Covert Chevrolet as a porter. After a few months, STITES left Covert and went to work for HEB. FENNELL moved in with STITES at about the same time. In December of 1995, FENNELL moved to Giddings and took employment with the police department. STITES moved in with FENNELL and continued to work for HEB. On the night of 4-22-96, FENNELL advised he parked the pickup which is owned by him and driven to and from work by STITES. The pickup had approximately 1/4 tank of gas. This vehicle is the only vehicle owned by FENNELL. STITES does not have a vehicle, but will occasionally drive her mother's car, described as a gray Ford Tempo. STITES and FENNELL showered together. STITES went to sleep about 8:30 PM. FENNELL watched TV until shortly after 9:00 PM, then went to bed. According to FENNELL, he and STITES have not had sex since the night of Saturday 4-20-96. FENNELL was awakened the morning of the 23rd by STITES mother who was calling to see if she had left for work. FENNELL borrowed her car and began driving toward Bastrop to see if she had car trouble. FENNELL was aware that STITES had a child from an early pregnancy which had been given up for adoption. The father was unknown to FENNELL. FENNELL named as ex boyfriends of STITES; "John", a former employee of Covert; "Jerry", a married man who used to work at WalMart; and "Jeremiah" a boyfriend from high school.

76. Writer reviewed the monthly organizer belonging to STITES which had been found in the vehicle. The following names appeared in the address section which were unknown to FENNELL: