# Exhibit 13

**BASTROP POLICE DEPARTMENT**
**SUPPLEMENTAL REPORT**

BPD Case No. 96040339
Capital Murder (PC 19.03) Capital Felony
Victim: STITES, Stacey

Page 1 of 1

**04-30-96 / 1:00 PM**

I contacted First Interstate Bank of Giddings (409/542-3136) regarding Jimmy Fennell's checking account. His checkbook was apparently taken from his truck, possibly by the suspect. I was told that Jimmy closed out his account the morning that his fiance disappeared. (I told him earlier that day to contact his bank about the missing checkbook from the truck). I then obtained information concerning this checking account so that a notice could be issued to the Bastrop Banks, in the event that someone might attempt to use one of the stolen checks.

The missing checks are drawn on the above bank, in the name of Jimmy Lewis Fennell Jr., account # 4060159607.

I then hand-delivered a letter to all four banks in Bastrop concerning the missing checks (See attached letter).

**DISPOSITION:** Investigation Continues.

000481

Report Made By: R.V. Duncan (850)

*FRAME M 15*

# First Interstate Bank

First Interstate Bank of Texas, N.A.
P.O. Box 3326
Houston TX 77253-3326

‡789420‡

JIMMY LEWIS FENNELL JR
ROLLING OAKS 502
GIDDINGS TX 78942-0000

Page 1 of 3   30   R00
Account no. 4060159607

Questions about your account?

Call our
Day & Night Banking Center
at (800) 338-1023

Write:
Giddings Office
P.O. Box 3326
Houston TX 77253-3326

**Regular Checking**

March 26 - April 23, 1996

**For your Information**

THE MERGER WITH WELLS FARGO HAS JUST BECOME EFFECTIVE. WE BELIEVE THAT BY COMBINING THE STRENGTHS OF BOTH BANKS, WE CAN PROVIDE YOU WITH THE BEST BANKING SERVICES ANYWHERE IN THE NATION. YOU'LL BE HEARING MORE IN THE MONTHS AHEAD. WE PROMISE UNINTERRUPTED SERVICE - SIMPLY BANK AS USUAL. WELCOME TO WELLS FARGO.

**Account Activity**

Account number 4060159607        JIMMY LEWIS FENNELL JR        TRACE ID

Beginning Balance                                               $ 390.45
Additions (+)
03/29/96 BRANCH DEPOSIT                                          534.54
04/10/96 BRANCH DEPOSIT                                          398.00
04/15/96 BRANCH DEPOSIT                                          524.54

Subtractions (-)
ATM AND FIRST INTERSTATE CARD SUBTRACTIONS (SEE DETAILS FOLLOWING)   80.00
04/23/96 CLOSE ACCOUNT                                           484.44
30 CHECKS PAID (SEE DETAILS FOLLOWING)                         1,283.09
Ending Balance                                                  $ 0.00

April 23, 1996

001049