# Exhibit 15

CRIMINAL LAW ENFORCEMENT
POLYGRAPH SERVICE

MODIFIED GENERAL QUESTION TEST

DATE:

EXAMINER:

EXAMINEE: _Jimmy Fennell_

1. IS YOUR FIRST NAME _Jimmy Fennell_ ? YES NO
2. IS TODAY _Thursday_ ? YES NO
R3. _Did you have a set of keys to Carol's car_ ? YES (NO)
4. ARE YOU NOW _23_ YEARS OF AGE? YES NO
R5. _Did you strangle Stacey Stites on 4/23/96_ ? YES NO
C6. _As a child did you ever harm anyone_ ? YES NO
7. IS YOUR LAST NAME _Fennell_ ? YES NO
R8. _On 4/23/96 did you have any sexual contact with Stacey Stites_ ? YES NO
R9. _Did you know what happened to Stacey before 8am on 4/23/96_ ? YES NO
C10. _Did you ever lie on an offense report._ ? YES NO

MIXED SERIES: 4-1-9-6-2-3-10-5-6-8-10

EXTRA CONTROL: 6A. _____ ? YES NO

1A. DO YOU LIVE IN THE STATE OF TEXAS? YES NO
1B. IS THIS THE MONTH OF _____? YES NO

NOTES:

CLE/po-9

1

Bastrop County Sheriffs Office
Attn. John Barton

On 3 October 1996 a polygraph test was administered to Jimmy Fennell JR. in regards to the murder of Stacy Stites which is alledged to have occurred on 23 April 1996, as to his knowlege or participation in this offense.

Prior to being tested the subject made the following admissions.

He claims after they had talked Stacy went to bed first and was asleep by the time he went to bed around 10 pm.

He claims he was awakened by Carol at 6:30 or 7, he is not sure of the time but it was already daylight on 4/23/96. She told him Stacy had not shown up at work and she was always very punctual. He had Carol report Stacy missing,

000190

2

and he borrowed Carol's keys as Stacy had taken his vehicle. He states he had no set of keys to Carol's vehicle other than those loaned to him by Carol.

He took Carol's car down 290 to 21 and on to Bastrop to see if she had a wreck. After going to H.E.B. he back tracked to Giddings.

He stopped to talk with Carol then went to Giddings P.D.

He claims that to his knowlege Stacy was not seeing anyone else as she did not have time. He claims he is not a jealous individual and that they had argued but had no physical fights. He states he had nothing to do with causing her death, and that he loved her and they had a good relationship. He stated once the body had been found he had been in touch with investigators as to the progress on the case.

He claims he had no sexual contact with Stacy on 4/23/96 or the previous night as it was that time of the

000191

3

month.

The following relevant questions were used during the examination.

#R3 Did you have a set of keys to Carol's car? Answer No

#R5 Did you strangle Stacy Stites on 4/23/96? Answer No

#R8 On 4/23/96 did you have any sexual contact with Stacy Stites Answer No.

#R9 Did you know what happened to Stacy before 8am on 4/23/96? Answer No.

Upon completion of the second chart the subject was questioned in regards to responses which were present on questions #R5 and R8 as to an explanation for these responses.

000192 He claims when asked question #R5 he could see Stacy lying in her anklets. He offers no other explanation.

4

After conducting a 3rd chart It is the opinion of the examiner based on the polygraph that deception is indicated on the following question

# R5 Did you strangle STEY STITES on 4/27/96  ANSWER NO

# R8 On 4/23/96 did you have any sexual contact with STEY STITES?  ANSWER NO

Respectfully submitted

Pat J Cammack
STATE LICENSE #386

000193

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIMINAL LAW ENFORCEMENT
POLYGRAPH SERVICE

POLYGRAPH REPORT (DI)

**OFFENSE:** Murder                                **CASE # PH596009**

**EXAMINER:** Lt. Gordon W. Moore         **DATE OF OFFENSE:** 04-23-96

**VICTIM:** Stacy Stites

**DEPARTMENT REQUESTING EXAMINATION:** Texas Ranger / County S.O.

**COUNTY:** Bastrop

**SUBMITTING OFFICIALS:** Sgt. R. Wardlow / Chief Deputy D. Campos

**POLYGRAPH SUBJECT:** Jimmy Lewis Fennell Jr.  **RACE:** W  **SEX:** M

   **D.O.B.:** 12-25-72  **P.O.B.:** Hale Center Tx  **STATUS:** S

**PREVIOUS POLYGRAPH EXAM:** (Yes)  **IF SO REASON:** 1X Same Case

**PREVIOUS ARRESTS, CONVICTIONS, ETC:** None stated

**CASE BRIEF:** On April 23, 1996, the victim was reported missing after she did not arrive at work in Bastrop, Texas. She was subsequently found in Bastrop County Texas murdered. Her body was discovered along side a county road in the brush. The vehicle that she was traveling in was discovered in the city limits of Bastrop, Texas. The subject was engaged to be married to the victim at the time of her death. At this time, he is the last known person to have seen the victim alive. The submitting officials would like to determine if the subject has participated in manner in this criminal offense. The subject emphatically denies any participation in the aforementioned. A polygraph examination is to be constructed and administered to determine the subject's truthfulness.

**POLYGRAPH SUBJECT IS:** (Subject)

**PLACE OF EXAMINATION:** D.P.S. Headquarter, Austin, Texas

**DATE ADMINISTERED:** December 18, 1996

**RESULTS:** Deception Indicated

D. P. S. SENSITIVE
Article 4413 (29cc) VTCS disclosure of any information contained in this report, except as provided by law. This report and file are subject to review by quality control.

000080

page two:  Case # PH596009      Fennell, Jimmy L.

**BRIEF SUMMARY RESULTS:**
Utilizing case information furnished by the submitting official a polygraph examination was constructed and administered. Evaluation of this subject's polygrams did reveal to this examiner significant criteria that would indicate deception at questions pertaining to knowledge of and/or participation in this offense. Subsequent to the polygraph examination, after deception was indicated, the subject requested to talk with an attorney. At this time the interview was promptly terminated.

CLE/po-16
12-19-96 lt. gwm

**D. P. S. SENSITIVE**
Article 4413 (29cc) VTCS forbids disclosure of any information contained in this report, except as provided by law. This report and file are subject to review by quality control.

000081

7

The following relevant questions were asked to Jimmy Lewis Fennell Jr. on December 18, 1996:

1. Anytime after April 22, 1996, did you penetrate Stacy's anus with anything?

    Response: No

2. Did you strangle Stacy with her belt?

    Response: No

3. Did you leave Stacy's body along that county road were she was found?

    Response: No

4. Anytime after April 22, 1996, did you hit Stacy's head with your fist?

    Response: No

Examiner's Professional Opinion: Deception Indicated

D. P. S. SENSITIVE
Article 4413 (29cc) VTCS disclosure of any information contained in this report, except as provided by law. This report and file are subject to review by quality control.

000082