# Exhibit 24

REPORTER'S RECORD

VOLUME 9 OF 12 VOLUMES

TRIAL COURT CAUSE NO. 8,701

COURT OF CRIMINAL APPEALS NO. WR-50,961-10

|  |  |
|---|---|
| EX PARTE RODNEY REED | ) 21st DISTRICT COURT )  )  ) ) OF ) ) ) ) BASTROP COUNTY, TEXAS |

--------------------------------

WRIT OF HABEAS CORPUS

July 28, 2021

--------------------------------

BE IT REMEMBERED THAT on the July 28, 2021, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable J.D. Langley, Visiting Judge of the 21st District Court, held in Bastrop, Bastrop County, Texas.

Proceedings reported by machine shorthand by Hayley Stiteler, CSR, RPR.

```
 1                A P P E A R A N C E S

 2
     FOR THE APPLICANT:
 3

 4       Mr. Andrew F. MacRae
         LEVATINO | PACE LLP
 5       1101 South Capital of Texas Highway
         Building K, Suite 125
 6       Austin, Texas 78746
         512.6371581
 7       amacrae@levatinopace.com
         SBOT NO. 00784510
 8

 9       Ms. Jane Pucher
         INNOCENCE PROJECT
10       40 Worth Street, Suite 701
         New York, New York 10013
11       646.227.8327
         jpucher@innocenceproject.org
12

13       Barry C. Scheck
         INNOCENCE PROJECT
14       40 Worth Street, Suite 701
         New York, New York 10013
15       212.364.5390
         bscheck@innocenceproject.org
16

17       Mr. George H. Kendall
         SQUIRE PATTON BOGGS, LLP
18       1211 Avenue of the Americas
         New York, New York 10036
19       212.872.9834
         george.kendall@squirepb.com
20

21
         Ms. Michelle L. Davis
22       SKADDEN, ARPS, SLATE, MEAGHER & FLORM, LLP
         1000 Louisiana, Suite 6800
23       Houston, Texas 77002
         713.655.5100
24       michelle.davis@skadden.com
         SBOT NO. 24038854
25
```

```
     Ms. Nicole A. DiSalvo
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     920 North King Street
     Wilmington, Delaware 19801
     302.651.3027
     nicole.disalvo@skadden.com
     Delaware Bar No. 4662


     Ms. Corrine Irish
     SQUIRE PATTON BOGGS
     1211 6th Avenue, 26th Floor
     New York, New York 10036
     212.872.9823
     corrine.irish@squirepb.com


     Mr. Quinncy McNeal
     HUSCH BLACKWELL LLP
     600 Travis Street, Suite 2350
     Houston, Texas 77002
     713.525.6253
     quinncy.mcneal@huschblackwell.com
     SBOT NO. 24074690


     Ms. Sarah Runnells Martin
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     920 North King street
     Wilmington, Delaware 19801
     302.651.3000
     sarah.martin@skadden.com

FOR THE STATE:

     Ms. Lisa M. Tanner
     TEXAS OFFICE OF THE ATTORNEY GENERAL
     P.O. Box 12548
     Austin, Texas 78711
     512.463.2125
     lisa.tanner@oag.texas.gov
     SBOT NO. 19637700
```

          Mr. Travis G. Bragg
          TEXAS ATTORNEY GENERAL
          ASSISTANT ATTORNEY GENERAL
          P.O. Box 12548
          Austin, Texas 78711
          512.936.1400
          SBOT NO. 24076286


          Ms. Rachel L. Patton
          OFFICE OF THE ATTORNEY GENERAL
          CRIMINAL APPEALS DIVISION
          P.O. Box 12548
          Austin, Texas 78711
          512.936.1400
          rachel.patton@oag.texas.gov
          SBOT NO. 24039030



          Mr. Garrett Greene
          OFFICE OF THE ATTORNEY GENERAL
          CRIMINAL APPEALS DIVISION
          300 West 15th Street
          Austin, Texas 78701
          512.936.1400
          garrett.greene@oag.texas.gov
          SBOT NO. 24096217

```
 1                    INDEX OF PROCEEDINGS
                           VOLUME 9
 2                   (WRIT OF HABEAS CORPUS)

 3      July 28, 2021

 4      STATE'S WITNESSES:
                                  DX         CX        VDX    VOL
 5      ALLISON HEARD           8,40,48     25,43              9
        KELLY ENLOE              49,67      62,68              9
 6      JAY HART                 70,91      85,93              9
        KENNETH KOPECKY            94                          9
 7      RENE MALDONADO          104,114    113,116             9
        CRYSTAL DOHRMANN        117,131    122,134,            9
 8                               ,134        135
        THELMA I. FENNELL       137,150    146,151             9
 9      MARK BROWN              152,173    166,174             9
        ETTA WILEY              175,187      185               9
10      DEBRA OLIVER            188,225    214,226             9

11
                                                       Page   Vol
12
        COURT REPORTER'S CERTIFICATE..................  230    9
13


14


15                       ALPHABETICAL INDEX

16      STATE'S WITNESSES:
                                  DX         CX        VDX    VOL
17      MARK BROWN              152,173    166,174             9
        CRYSTAL DOHRMANN        117,131    122,134,            9
18                               ,134        135
        KELLY ENLOE              49,67      62,68              9
19      THELMA I. FENNELL       137,150    146,151             9
        JAY HART                 70,91      85,93              9
20      ALLISON HEARD           8,40,48     25,43              9
        KENNETH KOPECKY            94                          9
21      RENE MALDONADO          104,114    113,116             9
        DEBRA OLIVER            188,225    214,226             9
22      ETTA WILEY              175,187      185               9

23


24


25
```

# EXHIBIT INDEX

**APPLICANT'S EXHIBITS**

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 48 | Persistence of DNA from Laundered Semen Stains: Implications for Child Sex Trafficking Cases | 26 | | 9 |
| 49 | TDCJ Native American Religion Designation Test of Artur Snow | 68 | 68 | 9 |
| 50 | Notes from Stites' Sister (Handwritten notes) | 219 | | 9 |

**STATE'S EXHIBITS**

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 97 | May 13, 1998 Texas Department of Public Safety-Additional Analysis | 12 | 13 | 9 |
| 98 | January 22, 2001 Texas Department of Public Safety Supplemental Report | 12 | 13 | 9 |
| 99 | September 26, 2019 Texas Department of Public Safety-Supplemental DNA Laboratory Report | 12 | 13 | 9 |
| 100 | TDCJ Assignment History Record-Arthur Snow | 54 | 59 | 9 |
| 101 | Photograph | 140 | 140 | 9 |

1           THE COURT: All right. Could you spell
2 your first name for the court reporter, please.
3           THE WITNESS: R-E-N-E.
4           THE COURT: Okay. Proceed.
5           MS. TANNER: Thank you, Your Honor.

**RENE MALDONADO**,

7 having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

9 BY MS. TANNER:
10    Q. Good morning.
11    A. Good morning.
12    Q. How are you?
13    A. Good.
14    Q. Sir, can you tell us what town you reside in.
15    A. Smithville.
16    Q. Okay. And how long have you lived in this
17 area?
18    A. I've lived in Smithville since 1999.
19    Q. What do you do for a living?
20    A. I am an investigator with the United States
21 Courts with the Federal Public Defender's Office.
22    Q. And how long have you been an investigator
23 with the Federal Public Defender's Office?
24    A. October 22nd, it will be 20 years.
25    Q. Okay. And what did you do before that?

 1       A.   I transported here in Bastrop County.
 2       Q.   And when you say you "transported here in
 3  Bastrop County," what do you mean by that
 4  specifically?
 5       A.   I transported inmates, prisoners to court,
 6  hospital visits.
 7       Q.   Okay.  What entity did you work for?
 8       A.   Bastrop County sheriff's department.
 9       Q.   Okay.  That's what I was getting at.
10            So you worked here for Bastrop County
11  Sheriff's Office from when to when approximately?
12       A.   At least five and a half years.  It was from
13  '96 to 2001 maybe, yeah, something like that.
14       Q.   And are you a certified peace officer?
15       A.   No.
16       Q.   So your job was to take inmates in the
17  Bastrop County Jail and take them to court and things
18  of that nature?
19       A.   Yes.
20       Q.   Okay.  And did you do that the entire time
21  that you were with the Bastrop County Sheriff's
22  Office?
23       A.   No, I worked in the jail.
24       Q.   Okay.
25       A.   Where they sleep and things of that nature.

```
1    Q.   Okay.  Now, were you employed by the Bastrop
2  County Sheriff's Office as a transport officer on
3  April the 30th, 1998?
4    A.   Yes.
5    Q.   And on that date, did you transport an
6  offender by the name of Rodney Reed to court?
7    A.   Yes.
8    Q.   Okay.  And who else was with you?
9    A.   I believe it was myself and Officer Griffin.
10   Q.   Okay.  And what was on tap that day?
11   A.   A motions hearing or something like that.
12   Q.   And where were you transferring him -- or
13 transporting him from and to?
14   A.   Well, from the housing area to the
15 courthouse, to the court -- where they were going to
16 be housed -- the proceedings.
17   Q.   And when we're talking about the housing
18 area, we're talking about this building, right?
19   A.   Yes.
20   Q.   And when we're talking about court for a
21 motions hearing, is that the big, old, ancient,
22 pretty, beautiful courthouse or is that here at the
23 courthouse -- or the courtroom just across the hall
24 from us or down the hall from us, or do you remember?
25   A.   I don't remember which one it was.
```