# Exhibit 30

CAUSE NO. 8701

**73135**

| THE STATE OF TEXAS | X | IN THE DISTRICT COURT OF |
| VS. | X | BASTROP COUNTY, TEXAS |
| RODNEY REED | X | 21ST JUDICIAL DISTRICT |

---

REPORTER'S RECORD
JURY TRIAL
GUILT/INNOCENCE PHASE

---

MAY 4, 1998

AFTERNOON SESSION

VOLUME 44 OF 69

FILED IN
COURT OF CRIMINAL APPEALS
SEP 9 1998
Troy C. Bennett, Jr., Clerk

ORIGINAL

1   On the 4th day of May, 1998, the
2   above entitled and numbered cause came on for
3   hearing before said Honorable Court, Harold R.
4   Towslee, Judge Presiding, and the following
5   proceedings were had:
6
7
8
9           Volume 44 of **69**
10
11          GUILT/INNOCENCE PHASE
12
13          (PAGES 1 THROUGH 205)

```
 1  APPEARANCES:

 2              For the State

 3              Mr. Charles Penick
                District Attorney, Bastrop County
 4              804 Pecan Street
                Bastrop, Texas   78602
 5              SBOT #015748500
                (512) 321-2244
 6

 7              Mr. Forrest Sanderson
                Assistant District Attorney
 8              804 Pecan Street
                Bastrop, Texas   78602
 9              SBOT #17610700
                (512) 321-2244
10

11              Ms. Lisa Tanner
                Assistant Attorney General
12              P. O. Box 12548
                Austin, Texas   78711-2548
13              SBOT #19637700
                (512) 463-2170
14

15

16              For the Defendant

17              Mr. Calvin Garvie
                Attorney at Law
18              22 N. Bell St., P. O. Box 416
                Bellville, Texas   77418
19              SBOT #07714300
                (409) 865-9781
20

21              Ms. Lydia Clay-Jackson
                Attorney at Law
22              700 N. San Jacinto
                Conroe, Texas   77301
23              SBOT #04332450
                (409) 760-2889
24

25
```

## CHRONOLOGICAL INDEX

| WITNESS | PAGE |
|---|---|
| APPEARANCES | 3 |
| AFTERNOON SESSION | 10 |
| WITNESS SWORN AND PLACED UNDER THE RULE | 11 |
| PAUL ALEXANDER (CONTINUED) | |
| DIRECT EXAMINATION BY MR. SANDERSON | 13 |
| CROSS-EXAMINATION BY MS. CLAY-JACKSON | 13 |
| KENNETH OSBORN | |
| DIRECT EXAMINATION BY MR. PENICK | 15 |
| VOIR DIRE EXAMINATION BY MS. CLAY-JACKSON | 24 |
| DIRECT EXAMINATION BY MR. PENICK CONTINUED | 25 |
| VOIR DIRE EXAMINATION BY MS. CLAY-JACKSON | 31 |
| DIRECT EXAMINATION BY MR. PENICK CONTINUED | 32 |
| CROSS-EXAMINATION BY MS. CLAY-JACKSON | 35 |
| REDIRECT EXAMINATION BY MR. PENICK | 40 |
| CAROL STITES | |
| DIRECT EXAMINATION BY MS. TANNER | 44 |
| RECESS | 66 |
| DIRECT EXAMINATION BY MS. TANNER CONTINUED | 67 |
| CROSS EXAMINATION BY MS. CLAY-JACKSON | 76 |

| | | |
|---|---|---|
| 1 | REDIRECT EXAMINATION BY MS. TANNER | 89 |
| 2 | RECROSS EXAMINATION BY MS. CLAY-JACKSON | 93 |
| 3 | | |
| 4 | <u>KAREN BLAKLEY</u> | |
| 5 | DIRECT EXAMINATION BY MS. TANNER | 94 |
| 6 | RECESS | 136 |
| 7 | DIRECT EXAMINATION BY MS. TANNER CONTINUED | 137 |
| 8 | VOIR DIRE EXAMINATION BY MR. GARVIE | 186 |
| 9 | DIRECT EXAMINATION BY MS. TANNER CONTINUED | 187 |
| 10 | | |
| 11 | COURT ADJOURNED FOR THE DAY | 204 |
| 12 | COURT REPORTER'S CERTIFICATE | 205 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## EXHIBIT INDEX

## VOLUME 44

*All State's Exhibits marked prior to trial in Vol. 43, Page 7.

| No. | Description | *Mrkd | Idnt'd | Ofrd | Admit |
|---|---|---|---|---|---|
| S-12 | Large Map | 43/7 | 33 | 34 | 34 |
| S-13 | Large Photo | 43/7 | 26 | 27 | 27 |
| S-13a | Small Photo | 43/7 | 23 | 23 | 26 |
| S-14 | Large Photo | 43/7 | 32 | 32 | 33 |
| S-14a | Small Photo | 43/7 | 30 | 30 | 31 |
| S-16 | Large Photo | 43/7 | 20 | 22 | 22 |
| S-16a | Small Photo | 43/7 | 20 | 20 | 20 |
| S-17 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-17a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-18 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-18a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-19 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-19a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-20 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-20a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-21 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-21a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-22 | Large Photo | 43/7 | 144 | 144 | 145 |
| S-22a | Small Photo | 43/7 | 142 | 143 | 143 |
| S-23 | Large Photo | 43/7 | 144 | 144 | 145 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | S-23a Small Photo | 43/7 | 142 | 143 | 143 |
| 2 | S-24  Large Photo | 43/7 | 144 | 144 | 145 |
| 3 | S-24a Small Photo | 43/7 | 142 | 143 | 143 |
| 4 | S-25  Large Photo | 43/7 | 144 | 144 | 145 |
| 5 | S-25a Small Photo | 43/7 | 142 | 143 | 143 |
| 6 | S-26  Large Photo | 43/7 | 156 | 156 | 156 |
| 7 | S-26a Small Photo | 43/7 | 155 | 155 | 155 |
| 8 | S-27  Large Photo | 43/7 | 156 | 156 | 156 |
| 9 | S-27a Small Photo | 43/7 | 155 | 155 | 155 |
| 10 | S-28  Large Photo | 43/7 | 156 | 156 | 156 |
| 11 | S-28a Small Photo | 43/7 | 155 | 155 | 155 |
| 12 | S-29  Large Photo | 43/7 | 156 | 156 | 156 |
| 13 | S-29a Small Photo | 43/7 | 155 | 155 | 155 |
| 14 | S-30  Large Photo | 43/7 | 156 | 156 | 156 |
| 15 | S-30a Small Photo | 43/7 | 155 | 155 | 155 |
| 16 | S-31  Large Photo | 43/7 | 156 | 156 | 156 |
| 17 | S-31a Small Photo | 43/7 | 155 | 155 | 155 |
| 18 | S-32  Large Photo | 43/7 | 156 | 156 | 156 |
| 19 | S-32a Small Photo | 43/7 | 155 | 155 | 155 |
| 20 | S-33  Large Photo | 43/7 | 165 | 165 | 166 |
| 21 | S-33a Small Photo | 43/7 | 164 | 164 | 165 |
| 22 | S-34  Large Photo | 43/7 | 165 | 165 | 166 |
| 23 | S-34a Small Photo | 43/7 | 164 | 164 | 165 |
| 24 | S-35  Large Photo | 43/7 | 165 | 165 | 166 |
| 25 | S-35a Small Photo | 43/7 | 164 | 164 | 165 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | S-36 Large Photo | 43/7 | 165 | 165 | 166 |
| 2 | S-36a Small Photo | 43/7 | 164 | 164 | 165 |
| 3 | S-37 Large Photo | 43/7 | 165 | 165 | 166 |
| 4 | S-37a Small Photo | 43/7 | 164 | 164 | 165 |
| 5 | S-38 Large Photo | 43/7 | 165 | 165 | 166 |
| 6 | S-38a Small Photo | 43/7 | 164 | 164 | 165 |
| 7 | S-39 Large Photo | 43/7 | 165 | 165 | 166 |
| 8 | S-39a Small Photo | 43/7 | 164 | 164 | 165 |
| 9 | S-40 Large Photo | 43/7 | 165 | 165 | 166 |
| 10 | S-40a Small Photo | 43/7 | 164 | 164 | 165 |
| 11 | S-41 Large Photo | 43/7 | 165 | 165 | 166 |
| 12 | S-41a Small Photo | 43/7 | 164 | 164 | 165 |
| 13 | S-42 Large Photo | 43/7 | 165 | 165 | 166 |
| 14 | S-42a Small Photo | 43/7 | 164 | 164 | 165 |
| 15 | S-43 Large Photo | 43/7 | 165 | 165 | 166 |
| 16 | S-43a Small Photo | 43/7 | 164 | 164 | 165 |
| 17 | S-44 Large Photo | 43/7 | 175 | 176 | 176 |
| 18 | S-44a Small Photo | 43/7 | 174 | 175 | 175 |
| 19 | S-45 Large Photo | 43/7 | 175 | 176 | 176 |
| 20 | S-45a Small Photo | 43/7 | 174 | 175 | 175 |
| 21 | S-46 Large Photo | 43/7 | 175 | 175 | 176 |
| 22 | S-46a Small Photo | 43/7 | 174 | 175 | 175 |
| 23 | S-47 Large Photo | 43/7 | 175 | 176 | 176 |
| 24 | S-47a Small Photo | 43/7 | 174 | 175 | 175 |
| 25 | S-48 Large Photo | 43/7 | 175 | 176 | 176 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | S-48a Small Photo | 43/7 | 174 | 175 | 175 |
| 2 | S-49  Large Photo | 43/7 | 175 | 176 | 176 |
| 3 | S-49a Small Photo | 43/7 | 174 | 175 | 175 |
| 4 | S-50  Pants | 43/7 | 185 | 185 | 187 |
| 5 | S-51  Panties | 43/7 | 189 | 189 | 190 |
| 6 | S-52a Sock | 43/7 | 197 | 197 | 198 |
| 7 | S-52b Sock | 43/7 | 197 | 197 | 198 |
| 8 | S-53  Shoe | 43/7 | 199 | 199 | 199 |
| 9 | S-54  Bra | 43/7 | 191 | 192 | 192 |
| 10 | S-55  Shirt | 43/7 | 194 | 194 | 194 |
| 11 | S-56  Belt | 43/7 | 202 | 202 | 203 |
| 12 | S-108 HEB ID Card | 43/7 | 200 | 200 | 201 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

```
 1
 2                    THE COURT:  Who is next?
 3                    MS. TANNER:  The State calls
 4   Karen Blakley  It's going to be a rather
 5   lengthy witness.
 6                    THE COURT:  Ma'am, will you
 7   raise your right hand for me.  Please have a
 8   seat right there.  And ma'am, will you please
 9   speak right into the microphone so we can all
10   hear you.
11
12        KAREN BLAKLEY, the witness, after having
13   first been duly sworn, assumed the witness stand
14   and testified upon her oath as follows:
15
16                   DIRECT EXAMINATION
17   QUESTIONS BY MS. TANNER:
18   Q.   Would you state your name for the jury,
19        please, ma'am?
20   A.   My name is Karen Blakley, B-L-A-K-L-E-Y.
21   Q.   And are you a resident of Travis County?
22   A.   I'm actually a resident of Williams County as
23        of late.
24   Q.   And how are employed?
25   A.   I am currently a quality control analyst for a
```

|   |    |                                                          |
|---|----|----------------------------------------------------------|
| 1 |    | small company in Round Rock that makes allergy           |
| 2 |    | treatment medication.                                    |
| 3 | Q. | How long have you been so employed?                      |
| 4 | A. | About a year and a half.                                 |
| 5 | Q. | Where were you employed prior to that?                   |
| 6 | A. | I worked at the crime lab for the Department             |
| 7 |    | of Public Safety in Austin.                              |
| 8 | Q. | And how long had you been employed by the                |
| 9 |    | crime lab?                                               |
| 10| A. | A little over five years.                                |
| 11| Q. | Why did you leave the crime lab?                         |
| 12| A. | It was primarily for personal reasons.  It was           |
| 13|    | very difficult to keep a family together when            |
| 14|    | I would be called out in the middle of night             |
| 15|    | to go someplace in Texas, or to spend four               |
| 16|    | days away at trial.  I had two young, very               |
| 17|    | young children at home and a husband that                |
| 18|    | traveled.  It was very hard to keep up with              |
| 19|    | everything so I made a decision to protect my            |
| 20|    | family and take another job.                             |
| 21| Q. | What is your educational background?                     |
| 22| A. | I have a Bachelor of Science degree in Biology           |
| 23|    | from Texas A&M and a Master of Science degree            |
| 24|    | in Biology from the University of Michigan.              |
| 25|    | With a concentration, meaning I primarily                |

1  Q.   And did it appear to you based on your
2       training and your knowledge and experience
3       that this young lady had just died, or had
4       some time passed.
5                  MR. GARVIE:   I'm going to
6       object.  This witness is not a qualified
7       pathologist.  She's not an expert in time of
8       death.
9                  THE COURT: It's overruled.
10      You may answer.
11 A.   There were no indications that she had been
12      there very long.
13 Q.   (BY MS. TANNER)  Had it -- had the -- did it
14      appear that she had been killed within the
15      hour or anything like that?
16 A.   I wouldn't say within the hour, no.
17 Q.   But certainly not days, however?
18 A.   Not days.
19 Q.   Okay.  You indicated that the abdominal
20      scratches that you saw were primarily on one
21      side.  Did they stay strictly outside her bra
22      or were there also some inside?
23 A.   No, they led up underneath her bra as well.
24 Q.   Okay.  Now, other than documenting -- let me
25      back up and ask you this.  Through the course

|   |    |                                                      |
|---|----|------------------------------------------------------|
| 1 |    | of doing your crime scene investigation, did          |
| 2 |    | you look for evidence of injury such as               |
| 3 |    | bruising?                                             |
| 4 | A. | Yes, I did.                                           |
| 5 | Q. | And did you find any -- well, let me back up          |
| 6 |    | and ask you this. Can you look at bruises and         |
| 7 |    | tell whether they appear to be fresh or               |
| 8 |    | whether they appear to be aged somewhat?              |
| 9 | A. | Oftentimes one can tell if a bruise is recent         |
| 10|    | just by the color. If it is still red, that           |
| 11|    | means that the blow is really recent, as it           |
| 12|    | would be if you received a blow. If a certain         |
| 13|    | time has passed, they tend to turn a purple           |
| 14|    | color, and then if it's been days, it's often         |
| 15|    | a green color. That is the normal progression        |
| 16|    | of a bruise in anybody. However that stops at         |
| 17|    | the time of death, and I did see some bruises         |
| 18|    | that looked like they had been there for days         |
| 19|    | and some that looked like they were relatively        |
| 20|    | fresh.                                                |
| 21| Q. | What were the bruises that looked like they           |
| 22|    | had been there for days?                              |
| 23| A. | What color were they?                                 |
| 24| Q. | Where were they?                                      |
| 25| A. | They were mostly on her thighs, right around          |

|   |   |   |
|---|---|---|
| 1 |    | an area where if you were carrying boxes, you |
| 2 |    | might get little bumps as you were carrying |
| 3 |    | boxes or if you bumped into a desk or |
| 4 |    | something sharp, right around the thigh area. |
| 5 | Q. | What about the fresh bruises that you saw? |
| 6 | A. | Those were mostly limited to her arms. |
| 7 | Q. | And can you show the jury where you're talking |
| 8 |    | about on her arms? |
| 9 | A. | Sort of like right in here, like right |
| 10 |   | underneath the bicep muscle, right in here |
| 11 |   | (indicating.) |
| 12 | Q. | And would that have been on one arm or both |
| 13 |   | arms? |
| 14 | A. | I certainly recall it on one arm, and I |
| 15 |   | believe there may have been another one on |
| 16 |   | another arm as well. |
| 17 | Q. | Now, through the course of an investigation |
| 18 |   | such as this, do you try -- or does the |
| 19 |   | criminal scene team try to find evidence other |
| 20 |   | than just the obvious injuries? |
| 21 | A. | Yes, we do. |
| 22 | Q. | Okay. And do you -- you mentioned that Gene |
| 23 |   | Lawrence does a variety -- looks for trace |
| 24 |   | evidence and things like that? |
| 25 | A. | Yes, he does. |