UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RODNEY REED, <br> TDCJ No. 999271, <br><br> Petitioner, <br><br> v. <br><br> ERIC GUERRERO, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | Civil No. 1:24-cv-0726-RP <br><br> * DEATH PENALTY CASE * |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the Second or Successive Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2244 (ECF No. 1) filed by Petitioner Rodney Reed is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED this the 12th day of June, 2025.**

_____
**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**